| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **INSIGHT TERMINAL SOLUTIONS, LLC.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **FKA  Insight Energy Solutions, LLC** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **XX-XXX0752** |
| 4. | Debtor's address | **Principal place of business**<br><br>**6100 Dutchmans Lane**<br>**9th Floor**<br>**Louisville, KY 40205-3284**<br>Number, Street, City, State & ZIP Code<br><br>**Jefferson**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **insightterminals.com** |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **INSIGHT TERMINAL SOLUTIONS, LLC.**　　　Case number (*if known*) _____
　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**4831**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Insight Terminal Holdings, LLC**　　Relationship **Parent**
District **Western District Kentucky**　　When **Concurrent**　　Case number, if known **Unknown**

Debtor **INSIGHT TERMINAL SOLUTIONS, LLC.**         Case number (*if known*) _____
     Name

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [✓] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [✓] No
- [ ] Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - [ ] It needs to be physically secured or protected from the weather.
  - [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - [ ] Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - [ ] No
  - [ ] Yes.   Insurance agency _____
              Contact name _____
              Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- [✓] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [✓] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than 100,000 |
| [ ] 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [✓] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [ ] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [ ] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [✓] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

Debtor  **INSIGHT TERMINAL SOLUTIONS, LLC.**  Case number (*if known*)
       Name

Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/17/2019
              MM / DD / YYYY

**X** John S. Siegel, Jr.                                    **John J. Siegel, Jr.**
    Signature of authorized representative of debtor         Printed name

Title   **Manager**

**18. Signature of attorney**

**X** /s/Andrew D. Stosberg                                  Date  07/17/2019
    Signature of attorney for debtor                              MM / DD / YYYY

**Andrew D. Stosberg**
Printed name

**MIDDLETON REUTLINGER**
Firm name

**401 S.4th Street, Suite 2600**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone  **(502)625-2734**          Email address  **astosberg@middletonlaw.com**

**KY87969**
Bar number and State

Fill in this information to identify the case:

Debtor name: **INSIGHT TERMINAL SOLUTIONS, LLC.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF KENTUCKY**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alameda (CA) County Clerk-Recorder City of Oakland 1106 Madison Street Oakland, CA 94607 | Evelyn Parodi<br><br>eparodi@oaklandca.gov<br>510-238-7024 | Transfer taxes | | | | $105,367.50 |
| Autumn Wind Lending LLC 1999 Avenue of the Stars Suite 2040 Los Angeles, CA 90067 | | Deposit account with U.S. Bank and Maaterial Contracts | Contingent Unliquidated Disputed | $7,100,000.00 | $0.00 | Unknown |
| California Capital & Investments Group 300 Frank H. Ogawa Plaza Suite 340 Oakland, CA 94612 | Karim Macedo<br><br>kmacedo@californiagroup.com<br>510-463-6355 | Port legal fees and related expenses | Contingent Unliquidated Disputed | | | $1,791,053.87 |
| Halas Energy LLC 6100 Dutchamsn Lane 9th Floor Louisville, KY 40205 | Lisa Jarrett<br><br>ljarrett@insightterminals.com<br>502-855-5179 | Repayment for credit card charges for travel expenses | | | | $37,828.57 |
| Hanson Bridgett 425 Market Street 26th Floor San Francisco, CA 94105 | George Celdran<br><br>AR@hansonbridgett.com<br>415-995-5896 | Attorneys | | | | $49,237.80 |
| Manatt LLP 11355  West Olympic Blvd. Los Angeles, CA 90064-1614 | GD Kieffer<br><br>310-312-4000 | Attorneys | Contingent Unliquidated Disputed | | | $169,288.64 |

Debtor  **INSIGHT TERMINAL SOLUTIONS, LLC.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Millcreek Engineering Co.**<br>**ATTN: Accounting**<br>**1011 East Murray Holladay Rd.**<br>**Suite 200**<br>**Salt Lake City, UT 84117** | **David Carter**<br><br>**Davidc@millcreekeng.com**<br>**801-904-2260** | **Engineering Firm for Port** | | | | $169,288.64 |
| **Morgan, Lewis & Bockius LLP**<br>**101 Park Avenue**<br>**New York, NY 10178-0060** | **Charlene Shimada**<br><br>**charlene.shimada@morganlewis.com**<br>**415-442-1475** | **Attorneys** | | | | $33,648.09 |
| **Oasis Aviation LLC**<br>**6100 Dutchmans Lane, 9th Floor**<br>**Louisville, KY 40205** | **Lisa Jarrett**<br><br>**ljarrett@insightterminals.com**<br>**502-855-5179** | **Transportation** | | | | $6,737.74 |
| **ORB Advisory Group, LLC**<br>**484 Lake Park Ave**<br>**Oakland, CA 94610** | **Omar Benjamin**<br><br>**omar@orbadvisorygroup.com**<br>**510-842-5530** | **Consulting work** | | | | $42,500.00 |
| **Raffaniell & Associates LLC**<br>**800 Maine Avenue, S.W. Suite 700**<br>**Washington, DC 20024** | **Jamie Loving**<br><br>**Jamie.Loving@lobbydc.com**<br>**202-544-8737** | **Lobbiest** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $80,000.00 |

Official form 204　　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　　page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

Alameda (CA) County Clerk-Recorder
City of Oakland
1106 Madison Street
Oakland, CA 94607

Autumn Wind Lending LLC
1999 Avenue of the Stars
Suite 2040
Los Angeles, CA 90067

California Capital & Investments Group
300 Frank H. Ogawa Plaza
Suite 340
Oakland, CA 94612

Halas Energy LLC
6100 Dutchamsn Lane
9th Floor
Louisville, KY 40205

Hanson Bridgett
425 Market Street
26th Floor
San Francisco, CA 94105

Insight Terminal Holdings, LLC
6100 Dutchmans Lane
9th Floor
Louisville, KY 40205

Manatt LLP
11355  West Olympic Blvd.
Los Angeles, CA 90064-1614

Millcreek Engineering Co.
ATTN: Accounting
1011 East Murray Holladay Rd.
Suite 200
Salt Lake City, UT 84117

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Oasis Aviation LLC
6100 Dutchmans Lane, 9th Floor
Louisville, KY 40205

ORB Advisory Group, LLC
484 Lake Park Ave
Oakland, CA 94610

Raffaniell & Associates LLC
800 Maine Avenue, S.W. Suite 700
Washington, DC 20024