**Fill in this information to identify the case:**

Debtor name    **INSIGHT TERMINAL SOLUTIONS, LLC.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    **19-32231**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 14, 2019**          X */s/ John J. Siegel, Jr.*
                                          Signature of individual signing on behalf of debtor

                                          **John J. Siegel, Jr.**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **INSIGHT TERMINAL SOLUTIONS, LLC.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    **19-32231**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................    $    **unknown**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................    $    **14,224.50**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................    $    **14,224.50**

        **TOTAL VALUE OF ALL PROPERTY IS $14,224.50 PLUS UNKNOWN VALUE OF THE OBOT SUBLEASE**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **7,100,000.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................................    $    **105,367.50**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **11,677,230.42**

4.  **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b    $    **18,882,597.92**

**Fill in this information to identify the case:**

Debtor name  **INSIGHT TERMINAL SOLUTIONS, LLC.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF KENTUCKY

Case number (if known)  **19-32231**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| **5** 3.1. | **Central Bank** | **Checking** | **7132** | **0** |
| 3.2. | **US Bank. Closed September 2018.** **Interest reserve account** | **Business Checking** | **5762** | **$0.00** |
| 3.3. | **US Bank** **Closed February 2019** | **Checking** | **5416** | **$0.00** |
| 3.4. | **Central Bank_____** | Checking | **7205** | **$8424.19** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$12,648.69** |
|---|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

Debtor  **INSIGHT TERMINAL SOLUTIONS, LLC.**           Case number *(If known)*  **19-32231**
　　　　　Name

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **A portion of the Debtor's office furniture is owned by John Siegel.  The rest of the office furniture was abandoned by previous tenant, Bowie Resources. The value of the abandoned office furniture is approximately $5,000.00.** | $5,000.00 | Liquidation | $5,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Debtor uses was abandoned by former tenant. | $5,000.00 | Liquidation | $5,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | 0.0 |
| 43. **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | $10,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **INSIGHT TERMINAL SOLUTIONS, LLC.** | Case number *(If known)* **19-32231** |
|---|---|---|
| | Name | |

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

---

**Part 8:**   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**   Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include such as street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Debtor subleases ~ 19.0 acres and appurtenances attached thereto in the City of Oakland, California, located at the former Oakland Army Base (the "OBOT Sublease").** | Subtenant | Unknown | N/A | Unknown |

---

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

   | **unknown** |
   |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

---

**Part 10:**   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:**   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **INSIGHT TERMINAL SOLUTIONS, LLC.**
          Name                                          Case number *(If known)* **19-32231**

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **INSIGHT TERMINAL SOLUTIONS, LLC.**                    Case number *(if known)* **19-32231**
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $12,648.69 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | **Unknown** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $22,648.69 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $22,648.69 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **INSIGHT TERMINAL SOLUTIONS, LLC.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) **19-32231**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Autumn Wind Lending LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All of ITS's tangible & intangible property and proceeds thereof, rights under the Sublease; all outstanding membership interests in ITS as welll as general intangibles relating to such interests.  Loan has an exit fee that Debtor disputes.** | **$7,100,000.00** | **Unknown** |
| **1999 Avenue of the Stars<br>Suite 2040<br>Los Angeles, CA 90067**<br>Creditor's mailing address | Describe the lien<br>**Unperfected except for loan & sec.& pledge agreements perfected on ITS Mem. Int**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Date debt was incurred<br>**September 24, 2018**<br>Last 4 digits of account number | As of the petition filing date, the claim is:<br>Check all that apply | | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$7,100,000.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Autumn Wind Lending LLC<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name    **INSIGHT TERMINAL SOLUTIONS, LLC.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    **19-32231**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Alameda (CA) County**<br>**Clerk-Recorder**<br>**City of Oakland**<br>**1106 Madison Street**<br>**Oakland, CA 94607** | As of the petition filing date, the claim is:<br>*Check that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$105,367.50** | **$105,367.50** |
|  | Date or dates debt was incurred<br>**01/02/2019** | Basis for the claim:<br>**Transfer taxes** |  |  |
|  | Last 4 digits of account number **2REV** | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**AFCO**<br>**P.O. Box 4795**<br>**Carol Stream, IL 60197** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,100.58** |
|  | Date(s) debt was incurred **Monthly**<br>Last 4 digits of account number **5660** | Basis for the claim:  **Insurance - Port and WC Finance Agreement Payments**<br>Is the claim subject to offset? ■ No ☐ Yes |  |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Autumn Wind Lending LLC**<br>**1999 Avenue of the Stars**<br>**Suite 2040**<br>**Los Angeles, CA 90067** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$3,550,000.00** |
|  | Date(s) debt was incurred **12/19/2018**<br>Last 4 digits of account number **_** | Basis for the claim:  **Amended and Restated Unsecured Promissory Note in the amount of $3,550,000.00**<br>Is the claim subject to offset? ■ No ☐ Yes |  |

| Debtor | **INSIGHT TERMINAL SOLUTIONS, LLC.** | Case number *(if known)* | 19-32231 |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address
**California Capital & Investments Group**
300 Frank H. Ogawa Plaza
Suite 340
Oakland, CA 94612

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Oakland sublease obligations**

Is the claim subject to offset? ☐ No ☑ Yes

$1,791,053.87

---

**3.4** | Nonpriority creditor's name and mailing address
**Cecilia Financial Management LLC**
6100 Dutchmans Lane
9th Floor
Louisville, KY 40205

Date(s) debt was incurred  05/30/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

$5,680,244.48

---

**3.5** | Nonpriority creditor's name and mailing address
**Delta Dental of Kentucky, Inc.**
P.O. Box 950199
Louisville, KY 40295-0199

Date(s) debt was incurred  Monthly
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Benefits - Dental**

Is the claim subject to offset? ☑ No ☐ Yes

$187.76

---

**3.6** | Nonpriority creditor's name and mailing address
**Grand Finale Cleaning**
2001 Button Lane
La Grange, KY 40031

Date(s) debt was incurred  Monthly
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office cleaning**

Is the claim subject to offset? ☑ No ☐ Yes

$196.10

---

**3.7** | Nonpriority creditor's name and mailing address
**Guardian**
P.O. Box 824404
Philadelphia, PA 19182-4404

Date(s) debt was incurred  Monthly
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Benefits - Life Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

$590.64

---

**3.8** | Nonpriority creditor's name and mailing address
**Halas Energy LLC**
6100 Dutchamsn Lane
9th Floor
Louisville, KY 40205

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Reimbursement for credit card charges for business expenses**

Is the claim subject to offset? ☑ No ☐ Yes

$37,828.57

---

**3.9** | Nonpriority creditor's name and mailing address
**Hanson Bridgett**
425 Market Street
26th Floor
San Francisco, CA 94105

Date(s) debt was incurred  Multiple
Last 4 digits of account number  5762

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **2018 Attorney Fees for Oakland Terminal**

Is the claim subject to offset? ☑ No ☐ Yes

$49,237.80

---

| Debtor | **INSIGHT TERMINAL SOLUTIONS, LLC.** | Case number (if known) | 19-32231 |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$211.50**

**Indiana Dept. of Revenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

Last 4 digits of account number _

Basis for the claim: **Payroll taxes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,270.00**

**Kaden-T, LLC**
**6100 Dutchmans Lane**
**6th Floor**
**Louisville, KY 40205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **September 13, 2018**

Last 4 digits of account number **4529**

Basis for the claim: **Lease of office premises**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$169,288.64**

**Manatt LLP**
**11355  West Olympic Blvd.**
**Los Angeles, CA 90064-1614**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **Multiple**

Last 4 digits of account number **9032**

Basis for the claim: **Attorneys fees and costs**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$167,740.41**

**Millcreek Engineering Co.**
**ATTN: Accounting**
**1011 East Murray Holladay Rd.**
**Suite 200**
**Salt Lake City, UT 84117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **XX11**

Basis for the claim: **Engineering Firm for Port**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,648.09**

**Morgan, Lewis & Bockius LLP**
**101 Park Avenue**
**New York, NY 10178-0060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Multiple**

Last 4 digits of account number **0057**

Basis for the claim: **Attorneys**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,737.74**

**Oasis Aviation LLC**
**6100 Dutchmans Lane, 9th Floor**
**Louisville, KY 40205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: **Travel expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,500.00**

**ORB Advisory Group, LLC**
**484 Lake Park Ave**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consulting work**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **INSIGHT TERMINAL SOLUTIONS, LLC.** | Case number (if known) | **19-32231** |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,390.95**

**Quickbooks Payroll Services**

Date(s) debt was incurred  **Bi-Monthly**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,000.00**

**Raffaniell & Associates LLC**
**800 Maine Avenue, S.W. Suite 700**
**Washington, DC 20024**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Lobbiest**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$161.69**

**Spectrum Businesss Time Warner Cable**
**P.O. Box 1060**
**Carol Stream, IL 60132-1060**

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number  **9001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00**

**The McConnell Group, Inc.**
**The Rotunda Building**
**300 Frank Ogawa Plaza, Suite 460**
**Oakland, CA 94612**

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly consulting**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,048.80**

**United Healthcare**
**UHS Premium Billing**
**P.O. Box 94017**
**Palatine, IL 60094-4017**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Benefits - Health Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,134.50**

**United States Treasury**

**Cincinnati, OH 45999**

Date(s) debt was incurred  **Bi-monthly**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll Taxes**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$610.07**

**Windstream Enterprise**
**P.O. Box 3177**
**Cedar Rapids, IA 52406-3177**

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number  **6091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Telephone Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **INSIGHT TERMINAL SOLUTIONS, LLC.** | Case number (if known) | 19-32231 |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Zennie62Media.com**
**Zenophon Abraham**
**389 Palm Avenue #21**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Monthly__

**Basis for the claim:** __Blogger Consulting Fees__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 105,367.50 |
| **5b. Total claims from Part 2** | 5b. + | $ 11,675,682.19 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 11,781,049.69 |

**Fill in this information to identify the case:**

Debtor name **INSIGHT TERMINAL SOLUTIONS, LLC.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) **19-32231**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contracts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial unexpired lease - office premises, 6100 Dutchmans Lane, Louisville, KY 40202** |
| State the term remaining | **14 months** |
| List the contract number of any government contract | **Kaden-T, LLC**<br>**6100 Dutchmans Lane**<br>**6th Floor**<br>**Louisville, KY 40205** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Sublease of ~ 19.0 acres and appurtenances in Oakland, California at the former Oakland Army Base under which Debtor is the subtenant.** |
| State the term remaining | **30+ years** |
| List the contract number of any government contract | **Oakland Bulk and Oversized Terminal, LLC**<br>**300 Frank H. Ogawa Plaza**<br>**Suite 340**<br>**Oakland, CA 94612** |
| State what the contract or lease is for and the nature of the debtor's interest | **Master Professional Services Agreement dated 10/25/2018** |
| | **Millcreek Engineering Company**<br>**1011 East Murray Holladay Road**<br>**Suite 200**<br>**Salt Lake City, UT 84117** |
| State the term remaining | **Terminable at any time** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **INSIGHT TERMINAL SOLUTIONS, LLC.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY

Case number (if known)   **19-32231**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Insight Terminal Holdings, LLC** | **6100 Dutchmans Lane 9th Floor Louisville, KY 40205 Guarantor on Loan & Security Agreement** | **Autumn Wind Lending LLC** | ☑ D _____ <br> ☑ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **INSIGHT TERMINAL SOLUTIONS, LLC.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) **19-32231**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☒ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1. **Zennie62Media.com**<br>**Zenophon Abraham**<br>**389 Palm Avenue #21**<br>**Oakland, CA 94610** | **04/24/19,**<br>**05/21/19,**<br>**06/20/19** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
   | 3.2. **The McConnell Group**<br>**The Rotunda Building**<br>**300 Frank Ogawa Plaza, Suite 460**<br>**Oakland, CA 94612** | **05/01/19,**<br>**06/06/19** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |

---

Debtor    **INSIGHT TERMINAL SOLUTIONS, LLC.**                                                Case number *(if known)*  **19-32231**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.3. **Kaden-T, LLC** <br> **6100 Dutchmans Lane, 9th Floor** <br> **Louisville, KY 40202** | **05/02/19,** <br> **06/06/19,** <br> **06/26/19** | **$21,810.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **Rent on office** **premeises at 9200 Dutchmans** **Lane, 9th Floor.** |
| 3.4. **Autumn Wind Lending LLC** <br> **1999 Avenue of the Stars** <br> **Los Angles, CA** | **05/06/19,** <br> **05/22/19,** <br> **07/05/19** | **$194,927.58** | ■ Secured debt <br> ■ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.5. **Halas Energy LLC** <br> **6100 Dutchamsn Lane** <br> **9th Floor** <br> **Louisville, KY 40205** | **05/10/19,** <br> **05/21/19,,** <br> **06/06/19,** | **$53,340.70** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **Halas holds the** **company credit card -** **repayment of credit card** **charges.** |
| 3.6. **Middleton Reutlinger** <br> **401 S. 4th Street, Suite 2600** <br> **Louisville, KY 40202** | **06/06/19,** <br> **06/28/19,** <br> **07/15/19** | **$160,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address <br> Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Oasis Aviation, LLC** <br> **6100 Dutchmans Lane** <br> **9th Floor** <br> **Louisville, KY 40205** | **10/12/2018,** <br> **10/31/2018,** <br> **11/09/2018,** <br> **12/07/18,** <br> **1/31/2019,** <br> **2/25/2019,** <br> **3/07/2019,** <br> **3/08/2019,** <br> **4/3/2019,** <br> **05/31/19,** <br> **6/6/2019,** <br> **6/11/2019** | **$52,478.77** | **Reimbursement for use of** **airplane for business trips.** |

Debtor    **INSIGHT TERMINAL SOLUTIONS, LLC.**                    Case number *(if known)*   **19-32231**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.   **Halas Energy LLC**<br>**6100 Dutchmans Lane**<br>**9th Floor**<br>**Louisville, KY 40205** | **06/30/18,**<br>**07/31/18,**<br>**8/31/18,**<br>**9/30/18,**<br>**10/9/18,**<br>**10/10/18,**<br>**10/30/18,**<br>**11/5/18,**<br>**11/30/18,**<br>**12/03/18,**<br>**12/6/18,**<br>**12/11/18,**<br>**12/19/18,**<br>**12/31/18,**<br>**1/22/19,**<br>**1/30/19,**<br>**2/25/19,**<br>**3/6/19**<br>**3/19/19,**<br>**3/25/19,**<br>**3/31/19,**<br>**4/3/19,**<br>**4/17/19,**<br>**4/23/19,**<br>**4/30/19,**<br>**5/10/19,**<br>**5/21/19,**<br>**5/23/19,**<br>**6/6/19,**<br>**7/15/19,** | **$83,559.55** | **Reimbursement for credit card chrges.** |

5.   **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.   **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Autumn Wind Lending LLC**<br>**1999 Avenue of the Stars**<br>**Suite 2040**<br>**Los Angeles, CA 90067** | **Creditor swept Central Bank Account #7132 on July  5, 2019.**<br>Last 4 digits of account number:   **7132** | **July 5 2019** | **$2,636.48** |

**Part 3:**   Legal Actions or Assignments

7.   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Debtor    **INSIGHT TERMINAL SOLUTIONS, LLC.**                    Case number *(if known)* **19-32231**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **OBOT v. City of Oakland<br>16-CV-7014** | **Federal civil action concerning the legality and enforceability of a certain city ordinance and resolution banning the transportation and export of coal at the Debtor's Sublease Project. On appeal to the Ninth Circuit.** | **U.S. District Court, N. D. California<br>Oakland Courthouse<br>1301 Clay Street, Suite 4008<br>Oakland, CA 94612** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.2. | **OBOT et al. v. City of Oakland<br>RG18930929** | **State court action to address city's refusal to issue permits, estoppel certificates and Subordnation, Non-Disturbance Agreements. On appeal to Division Two of the California Court of Appeals, First Appellate District.** | **California Superior Court (Oakland)<br>Rene C. Davidson Courthouse<br>1225 Fallon Street<br>Oakland, CA 94612** | ☐ Pending<br>■ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10.   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **INSIGHT TERMINAL SOLUTIONS, LLC.**                     Case number *(if known)*   **19-32231**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | | 10/14/2018 - $95,000<br>01/22/2019 - $11,387<br>04/10/2019 - $10,000<br>06/06/2019 - $10,000<br>06/28/2019 - $100,000<br>07/15/2019 - $50,000 | |
| MIDDLETON REUTLINGER<br>401 S.4th Street, Suite 2600<br>Louisville, KY 40202 | | | $276,387.00 |
| Email or website address<br>www.middletonlaw.com | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor   **INSIGHT TERMINAL SOLUTIONS, LLC.**                              Case number *(if known)*  **19-32231**

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|
|         |                            |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|-----------------------------------------------------------------------------------|---------------------------------------------------------------------------|
|                           |                                                                                   |                                                                           |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

|       | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|-------|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|
| 18.1. | **Central Bank** | **XXXX-7132** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **July 22, 2019** | **$4,256.50** |
| 18.2. | **U.S. Bank** | **XXXX-5762** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **September 2018. No money deposited into account.** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **INSIGHT TERMINAL SOLUTIONS, LLC.** | Case number *(if known)* **19-32231** |
|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Debtor    **INSIGHT TERMINAL SOLUTIONS, LLC.**                                      Case number *(if known)*    **19-32231**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Approximately 19.0 Acres in Oakland CA.** **Former Oakland Army Base** **Los Angeles, CA 90067** | **City of Oakland** **Alameda County Clerk** **1106 Madison Street** **Oakland, CA 94607** | **The City of Oakland passed Ordinance No. 13385 and Resolution No. 86234, which prohibit the transportation and export of coal and petroleum coke to and through the Project contemplated under the Sublease.  A federal district court, however, found that the resolution is invalid and enjoined the city from applying the resolution to enforce the ordinance to restrict furture coal operations at the Porject. The Distrct Court decision is on appeal to the U.S. Ninth Circuit Court of Appeals.** | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Lisa Jarrett** **6100 Dutchmans Lane, 9th Floor** **Louisville, KY 40205** | **September 2018 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **INSIGHT TERMINAL SOLUTIONS, LLC.**                        Case number *(if known)*  **19-32231**

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Lisa Jarrett**<br>**6100 Dutchmans Lane, 9th Floor**<br>**Louisville, KY 40202** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John J.  Siegel, Jr. | 6100 Dutchmans Lane, 9th Floor<br>Louisville, KY 40202 | Chief Executive Officer. Manager of LLC | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Insight Terminal Holdings,LLC | 6100 Dutchmans Lane, 9th Floor<br>Louisville, KY 40202 | Sole Member | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **John J. Siegel, Jr.**<br>**6100 Dutchmans Lane**<br>**9th Floor**<br>**Louisville, KY 40205** | **Compensation and reimbursement of incurred expenses**<br>**$351,845.00** | **September 2018 - Present** | **Compensation** |
| **Relationship to debtor**<br>**CEO, Manager** | | | |

| Debtor | **INSIGHT TERMINAL SOLUTIONS, LLC.** | Case number *(if known)* __19-32231__ |
|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __August 14, 2019__

__/s/ John J. Siegel, Jr.__                                             __John J. Siegel, Jr.__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   __Manager__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                      Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Kentucky

In re   **INSIGHT TERMINAL SOLUTIONS, LLC.** _____     Case No. ___**19-32231**___
_____ Debtor(s)                    Chapter ___**11**___

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................... $   **See MR Employment Application**

   Prior to the filing of this statement I have received ............................ $   **276,387.00**

   Balance Due (**AS OF PETITION DATE**) .......................................... $   **0.00**

2.  The source of the compensation paid to me was:   **SEE DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR ATTACHED TO APPLICATION TO EMPLOY MIDDLETON REUTLINGER ("MR EMPLOYMENT APPLICATION")**

   [✔]         Debtor         [ ]         Other (specify):

3.  The source of compensation to be paid to me is:

   [✔] Debtor    [ ] Other (specify):    Pre-petition retainer plus to-be-determined carve-out from a DIP lender, subject to Court approval.

4.  [✔]  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ]  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

   **SEE MR EMPLOYMENT APPLICATION**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **SEE MR EMPLOYMENT APPLICATION**

---

### CERTIFICATION

   I certify that the foregoing, along with MR Employment Application, is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/14/2019 _____         //s/Andrew D. Stosberg
_Date_                                           **Andrew D. Stosberg**
                                                 _Signature of Attorney_
                                                 **MIDDLETON REUTLINGER**
                                                 **401 S.4th Street, Suite 2600**
                                                 **Louisville, KY 40202**
                                                 **(502)625-2734   Fax: (502) 561-0442**
                                                 **astosberg@middletonlaw.com**

---