# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>INSIGHT TERMINAL SOLUTIONS, LLC et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-32231<br><br>(Jointly Administered)<br><br>Judge Joan A. Lloyd |

### DECLARATION OF VIKAS TANDON IN SUPPORT OF THE JMB CAPITAL GUARANTEE PURSUANT TO AUTUMN WIND LENDING, LLC'S CHAPTER 11 PLAN OF REORGANIZATION FOR THE BANKRUPTCY ESTATE OF DEBTOR INSIGHT TERMINAL SOLUTIONS, LLC PURSUANT TO BANKRUPTCY CODE SECTION 1121(c)(2)

**Vikas Tandon**, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the Chief Investment Officer of Ridgedale Partners, LLC ("Ridgedale") the ultimate parent entity of Autumn Wind Lending, LLC ("Autumn Wind") and JMB Capital Partners Master Fund, L.P. (the "Fund"); I am also the Chief Investment Officer of Successor Partners, LLC ("Successor"), the general partner of the Fund. I have been employed by entities affiliated with the Fund since March 2016, prior to which I was CEO and Portfolio Manager of Joshua Tree Capital Management from 2007 through January 2009, Managing Director and Head of High Yield and Distressed Analytics at BTIG LLC from January 2009 through December 2009, Managing Director at Lonestar Capital Management from January 2010 through May 2012, and Portfolio Manager at Bastogne Capital Management from January 2012 through February 2016. I

---

[1] The Debtors in these chapter 11 cases are Insight Terminal Solutions, LLC (Case No. 19-32231) and Insight Terminal Holdings, LLC (Case No. 19-32232). The Court has ordered the joint administration of these chapter 11 cases. The docket in this Case No. 19-32231 should be consulted for all matters affecting the above listed cases.

received my Bachelor of Science in Economics from the University of Pennsylvania in May 2000.

2. I submit this Declaration in support of *Autumn Wind Lending, LLC's Chapter 11 Plan of Reorganization for the Bankruptcy Estate of Debtor Insight Terminal Solutions, LLC Pursuant to Bankruptcy Code Section 1121(c)(2)* (the "Plan") and the related disclosure statement (the "DS"). The statements contained herein are based on my personal knowledge as CIO of Ridgedale and Successor and my review of relevant records maintained by JMB Capital in the ordinary course of business.

3. As of the date of this Declaration, the Fund has unencumbered liquid assets in excess of $150 million. Pursuant to the Plan and DS, the Fund will guarantee all Allowed Claims in excess of the Cash Contribution (as defined in the Plan) by Autumn Wind.

4. The Fund will provide documentation to support its financial wherewithal in connection with the Plan Supplement (as defined in the Plan).

I hereby declare under penalties of perjury that all statements made herein are true and correct to the best of my knowledge, information and belief.

Vikas Tandon
Chief Investment Officer

Dated: June 15, 2020