# EXHIBIT A



**CARBON COUNTY UTAH**
Board of County Commissioners

Carbon County
Administration Building
751 East 100 North
Price, UT 84501
Office: (435) 636-3226
www.carbon.utah.gov

May 18, 2020

John J. Siegel
Executive Chairman
Insight Terminal Solutions
6100 Dutchmans Lane, 9th Floor
Louisville, KY 40205

Re:   Insight Terminal Solutions, LLC ("ITS") Port of Oakland Project

Dear Mr. Siegel:

As you know, Carbon County has been a supportive partner in the Oakland Bulk and Oversized Terminal ("OBOT") project with you since we were approached in 2013. The State of Utah is a landlocked State as to export by ocean carrier. However, it is a State rich in valuable bulk commodities including; potash, iron ore, waxy crude oil, soda ash and the cleanest thermal coal in the fifty United States. For the last seven years, along with our partners Emery, Sevier and San Pete Counties, we have been focused on the opportunity to secure throughput rights in the Oakland terminal to allow our Utah companies deep-water access to the international commodities markets at the best possible transportation cost.

We understand the difficulty in successfully developing such a terminal amid the hostile political headwinds existing in the Bay Area and other areas. We have remained steadfast through these seven years, as you approach the conclusion of your efforts to navigate those headwinds with the City of Oakland and other stakeholders.

On our part, the we have been working aggressively on this partnership to make the Oakland Bulk terminal a reality for the mineral producing counties in our State. As you know, in 2013, the Community Impact Board (the "CIB") voted to set aside $53,000,000 of their funds to grant to the four coal-producing counties: Carbon, Sanpete, Sevier and Emery. The counties have been working together to form an inter-local entity to act as the principal partner with ITS in the OBOT project. Upon our request, the Utah State Senate has sponsored and the full legislature passed two specific sets of legislation in 2016 and 2018, to change the monies that were set-aside at the CIB level into State sales tax funds, to specifically earmark these funds into a special Infrastructure Account to be specifically used for this OBOT project and to clearly authorize the use of such funds outside the borders of the State of Utah.

| Casey Hopes | Larry Jensen | Tony Martines |
|---|---|---|
| Commissioner | Commissioner | Commissioner |
| (435) 636-3272 | (435) 636-3273 | (435) 636-3271 |
| casey.hopes@carbon.utah.gov | larry.jensen@carbon.utah.gov | tony.martines@carbon.utah.gov |

The funds are ready to be spent on the project. We understand that there has been litigation between your landlord and the City of Oakland and we are encouraged by the progress you have reported as a result of ITS' efforts to resolve outstanding issues that would allow the litigation to be dismissed and the project to proceed. We are also aware of the impact that the COVID-19 virus has had on your progress and your ability to successfully submit a Plan of Reorganization and to emerge from the Chapter 11 Bankruptcy which such delays required you to seek.

Carbon County is, and continues to be in full support of the project and the $53,000,000 stands ready in cash, as authorized by the Legislature, to contribute to any aspect of the project funding. We are preparing to submit to the CIB, our application to draw down the $53 million, but also do so in a manner that would allow us to advance a portion of those funds sufficient for ITS to emerge from Bankruptcy, on the sole condition that the Court accepts ITS' Plan of Reorganization.

Please let us know how we may additionally help with this critical project,

Sincerely,

Casey Hopes
Carbon County
Commissioner

[Designee from Carbon County on the Interlocal Agreement]

**Sanpete County Courthouse**
**160 North Main**
**Manti, Utah 84642**

Assessor:   Kenneth Bench
Attorney:   Kevin L. Daniels
Auditor:    Stacey Lyon
Clerk:      Sandy Neill
Recorder:   Reed D. Hatch
Sheriff:    Brian Nielson
Treasurer:  Amy Willden

Commissioners: Scott Bartholomew (Chair), Steven J. Lund, Edwin Sunderland

---

May 18, 2020

John J. Siegel
Executive Chairman
Insight Terminal Solutions
6100 Dutchmans Lane, 9th Floor
Louisville, KY 40205

Re: Insight Terminal Solutions, LLC ("ITS") Port of Oakland Project

Dear Mr. Siegel:

As you know, Sanpete County has been a supportive partner in the Oakland Bulk and Oversized Terminal ("OBOT") project with you since we were approached in 2013. The State of Utah is a landlocked State as to export by ocean carrier. However, it is a State rich in valuable bulk commodities including potash, iron ore, waxy crude oil, soda ash and the cleanest thermal coal in the fifty United States. For the last seven years, along with our partners Carbon, Sevier, and Emery Counties, we have been focused on the opportunity to secure throughput rights in the Oakland terminal to allow our Utah companies deep-water access to the international commodities markets at the best possible transportation cost.

We understand the difficulty in successfully developing such a terminal amid the hostile political headwinds existing in the Bay Area and other areas. We have remained steadfast through these seven years, as you approach the conclusion of your efforts to navigate those headwinds with the City of Oakland and other stakeholders.

On our part, we have been working aggressively on this partnership to make the Oakland Bulk terminal a reality for the mineral producing counties in our State. As you know, in 2013, the Community Impact Board (the "CIB") voted to set aside $53,000,000 of their funds to grant to the four coal-producing counties: Carbon, Sanpete, Sevier and Emery. The counties have been working together to form an inter-local entity to act as the principal partner with ITS in the OBOT project. Upon our request, the Utah State Senate has sponsored and the full legislature passed two specific sets of legislation in 2016 and 2018, to change the monies that were set-aside at the CIB level into State sales tax funds, to specifically earmark these funds into a special Infrastructure Account to be specifically used for this OBOT project and to clearly authorize the use of such funds outside the borders of the State of Utah.

The funds are ready to be spent on the project. We understand that there has been litigation between your landlord and the City of Oakland and we are encouraged by the progress you have reported as a result of ITS' efforts to resolve outstanding issues that would allow the litigation to be dismissed and the project to proceed. We are also aware of the impact that the COVID-19 virus has had on your progress and your ability to successfully submit a Plan of Reorganization and to emerge from the Chapter 11 Bankruptcy which such delays required you to seek.

Sanpete County is, and continues to be in full support of the project and the $53,000,000 stands ready in cash, as authorized by the Legislature, to contribute to any aspect of the project funding. We are preparing to submit to the CIB, our application to draw down the $53 million, but also do so in a manner that would allow us to advance a portion of those funds sufficient for ITS to emerge from Bankruptcy, on the sole condition that the Court accepts ITS' Plan of Reorganization.

Please let us know how we may additionally help with this critical project.

Sincerely,

*[signature: Scott Bartholomew]*

Scott Bartholomew, Commission Chair [Designee from Sanpete County on the Interlocal Agreement]

---

# Sevier County

COMMISSIONERS:
Ralph Brown
Garth 'Tooter' Ogden
Scott T. Johnson

Administration Building
250 North Main
Richfield, Utah 84701
(435) 893-0400
FAX (435) 896-8888

Steven C. Wall - Clerk/Auditor
Amy Garren-Clark - Assessor
Cheryl Buchanan - Treasurer
Carolyn M. Bagley - Recorder

May 18, 2020

John J. Siegel
Executive Chairman
Insight Terminal Solutions
6100 Dutchmans Lane, 9th Floor
Louisville, KY 40205

Re:  Insight Terminal Solutions, LLC (ITS) Port of Oakland Project

Dear Mr. Siegel:

Sevier County has been a supportive partner in the Oakland Bulk and Oversized Terminal (OBOT) project with you since we were approached in 2013. Utah is a landlocked state as to export by ocean carrier; however, it is rich in valuable bulk commodities including potash, iron ore, salt, waxy crude oil, soda ash, and coal. For the last seven years, along with our partners Emery, Sanpete, and Carbon Counties, we have been focused on the opportunity to secure throughput rights in the Oakland terminal to allow Utah companies deep-water access to the international commodities markets at the best possible transportation cost.

We understand the difficulty in developing a terminal amid the hostile political headwinds in the Bay Area. We have remained steadfast through these seven years, as you approach the conclusion of your efforts to navigate those headwinds with Oakland City and others.

We have been working aggressively on this partnership to make the Oakland terminal a reality for the mineral producing counties in our state. As you know, in 2013, the Utah Permanent Community Impact Board (CIB) voted to set aside $53,000,000 of their funds to grant to the four coal-producing counties: Carbon, Sanpete, Sevier and Emery. The counties have been working together to form an inter-local entity to act as the principal partner with ITS in the OBOT project. Upon our request, the Utah State Senate has sponsored and the full legislature passed two specific legislative bills in 2016 and 2018, to change the monies that were set-aside at the CIB level into Utah sales tax funds, to specifically earmark these funds into a special infrastructure account to be specifically

*Visit Sevier County – The Hub of Scenic Southern Utah*

used for this OBOT project and to clearly authorize the use of such funds outside the borders of Utah.

We understand that there has been litigation between your landlord and the city of Oakland and we are encouraged by the progress you have reported as a result of ITS' efforts to resolve outstanding issues that would allow the litigation to be dismissed and the project to proceed. We are also aware of the impact that the COVID-19 virus has had on your progress and your ability to successfully submit a plan of reorganization and to emerge from Chapter 11 bankruptcy which such delays required you to seek.

We continue to be in full support of the project and the available funds stand ready to contribute to any aspect of the project funding. We are prepared to work with our partner counties to draw down available funds that would allow us to advance a portion of those funds sufficient for ITS to emerge from bankruptcy, on the sole condition that the Court accepts ITS' Plan of Reorganization.

Please let us know how we may additionally help with this critical project.

Sincerely,

Garth "Tooter" Ogden
Commission Chair


cc:   Commissioner Scott Johnson
      Commissioner Ralph Brown



**Board of Commissioners**
**Lynn Sitterud-Kent Wilson-Gil Conover**
75 East Main Street • P.O. Box 629 • Castle Dale, Utah 84513

May 18, 2020

John J. Siegel
Executive Chairman
Insight Terminal Solutions
6100 Dutchmans Lane, 9 Floor
Louisville, KY 40205

Re:   Insight Terminal Solutions, LLC ("ITS") Port of Oakland Project

Dear Mr. Siegel:

As you know, Emery County has been a supportive partner in the Oakland Bulk and Oversized Terminal ("OBOT") project with you since we were approached in 2013. The State of Utah is a landlocked State as to export by ocean carrier. However, it is a State rich in valuable bulk commodities including; potash, iron ore, waxy crude oil, soda ash and the cleanest thermal coal in the fifty United States. For the last seven years, along with our partners Carbon, Sanpete and Sevier Counties, we have been focused on the opportunity to secure throughput rights in the Oakland terminal to allow our Utah companies deep-water access to the international commodities markets at the best possible transportation cost.

We understand the difficulty in successfully developing such a terminal amid the hostile political headwinds existing in the Bay Area and other areas. We have remained steadfast through these seven years, as you approach the conclusion of your efforts to navigate those headwinds with the City of Oakland and other stakeholders.

On our part, the we have been working aggressively on this partnership to make the Oakland Bulk terminal a reality for the mineral producing counties in our State. As you know, in 2013, the Community Impact Board (the "CIB") voted to set aside $53,000,000 of their funds to grant

to the four coal-producing counties: Carbon, Sanpete, Sevier and Emery. The counties have been working together to form an inter-local entity to act as the principal partner with ITS in the OBOT project. Upon our request, the Utah State Senate has sponsored and the full legislature passed two specific sets of legislation in 2016 and 2018, to change the monies that were set-aside at the CIB level into State sales tax funds, to specifically earmark these funds into a special Infrastructure Account to be specifically used for this OBOT project and to clearly authorize the use of such funds outside the borders of the State of Utah.

The funds are ready to be spent on the project. We understand that there has been litigation between your landlord and the City of Oakland and we are encouraged by the progress you have reported as a result of ITS' efforts to resolve outstanding issues that would allow the litigation to be dismissed and the project to proceed. We are also aware of the impact that the COVID-19 virus has had on your progress and your ability to successfully submit a Plan of Reorganization and to emerge from the Chapter 11 Bankruptcy which such delays required you to seek.

Emery County is, and continues to be in full support of the project and the $53,000,000 stands ready in cash, as authorized by the Legislature, to contribute to any aspect of the project funding. We are preparing to submit to the CIB, our application to draw down the $53 million, but also do so in a manner that would allow us to advance a portion of those funds sufficient for ITS to emerge from Bankruptcy, on the sole condition that the Court accepts ITS' Plan of Reorganization.

Please let us know how we may additionally help with this critical project,

Sincerely,

Lynn Sitterud
Emery County Commission Chairman