# EXHIBIT B

STATE OF UTAH        )
                     )
COUNTY OF CARBON     )

# AFFIDAVIT

The undersigned, being first duly sworn, states that:

1. I served as a Carbon County Commissioner from January 1, 2011, through December 31, 2018. During that 8-year period of time I served multiple times as Chairman of the Carbon County Commission. I also served a four-year term as a Board Member of the Utah Permanent Community Impact Fund Board ("CIB").
2. In 2016, while I was a County Commissioner and Member of the CIB, I initiated and participated in the establishment of the Utah Throughput Infrastructure Fund (the "Throughput Infrastructure Fund"), which sets aside $53,000,000 for the purpose of building and operating a bulk commodity terminal (the "Terminal") at the West Gateway property at the Old Army Base at the Port of Oakland.
3. Although the CIB was given authority to manage the Throughput Infrastructure Fund, the Throughput Infrastructure Fund is separate and distinct from the Community Impact Fund, is to be used for different purposes and is subject to different rules and procedures for disbursement of the $53,000.000 contained therein.
4. Significant due diligence on the Terminal was performed by the staffs of Carbon, Sevier, Emery, and Sanpete Counties in Utah (together, the "Four Counties"), and various Legislature staff members both before and after the establishment of the Throughput Infrastructure Fund.
5. Since my retirement as Commissioner in 2019, I have continued to work closely with representatives of the Four Counties, the CIB, and Insight Terminal Solutions, LLC ("ITS") to ensure that the Throughput Infrastructure Fund remains available to assist ITS in the development of the Terminal.
6. I am aware that the Four Counties intend to file an application (the "Four Counties' Application") for disbursement of funds from the Throughput Infrastructure Fund to be used, in part, to reimburse appropriate administrative and project related expenditures made by ITS. Such reimbursement will be used by ITS to emerge from Chapter 11 Bankruptcy., and I understand the amount required to ensure ITS's emergence from Chapter 11 Bankruptcy is approximately $20,000,000.
7. The CIB's process and procedures governing the Four Counties' Application are unique and are not the same as those governing applications for loans or grants from the Community Impact Fund. For example, the timelines for filing, approval and funding of applications for loans or grants from the Community Impact Fund are not applicable to the Four Counties' Application.
8. The Four Counties should complete their application within a few weeks.
9. To my knowledge and belief, there are no material issues that would prevent the Four Counties' Application from being timely approved.
10. To my knowledge and belief, the Four Counties' Application will be on the CIB August 2020 meeting agenda, with disbursement of the funds requested therein to the Four Counties in September 2020.

Further, affiant sayeth not.

                                                                                                        _____
                                                                                                        Jae Potter

STATE OF UTAH                            )
                                               )
COUNTY OF CARBON            )

Sworn to and subscribed before me this _4th_ day of _June_, 2020 by Jae Potter.

    My commission expires: _4/14/2021_ .

                                                                                        _____
                                                                                        Notary Public

                                                        J VALYN PEACOCK
                                                        NOTARY PUBLIC • STATE OF UTAH
                                                        COMMISSION# 694607
                                                        COMM. EXP. 04-14-2021

2