# EXHIBIT C

STATE OF UTAH            )
                         )
COUNTY OF SEVIER         )

## AFFIDAVIT

The undersigned, being first duly sworn, states that:

1. I am the Chairman of the County Commission of Sevier County, Utah as well as a Board Member of the Permanent Community Impact Fund ("CIB") and have knowledge of the matters set forth herein.

2. In my capacities as Chairman and Commissioner of Sevier County and Board Member of the CIB, I manage the government administrative affairs of Sevier County, and carryout the normal duties of a Board Member of an institution such as the CIB.

3. I executed one of the four letters (the "Utah Letters"), written by the Four Counties as defined in the Plan of Reorganization (the "Plan") filed by Insight Terminal Holdings, LLC, and Insight Terminal Solutions, LLC (together, the "Debtors").

4. The Utah Letters each provide that the Four Counties will submit an application (the "Application") to the CIB to draw down the $53 million currently held by the State of Utah pursuant to Senate Bill 248 and dedicated specifically to the ITS Terminal Project.

5. The Four Counties intend to submit the Application in the near future.

6. Upon submitting the Application, a reasonable timeframe for the Application's review and approval is 90 days; however, the Four Counties may seek a more expedited review and approval process for the Application.

7. Attached as an Exhibit is a description of the process of applying for *Throughput Infrastructure Funds*.

Further, affiant sayeth not.

_____
Garth "Tooter" Ogden

STATE OF UTAH            )
                         )
COUNTY OF Sevier         )

Sworn to and subscribed before me this 29th day of May, 2020 by (insert name) Garth 'Tooter' Ogden.

My commission expires: 9/13/2023.

BARBARA ANN CROWTHER
Notary Public
State of Utah
My Commission Expires 09/13/2023
COMMISSION NUMBER 708167

_____
Notary Public

# PROCESS OF APPLYING FOR AND RECEIVING
# SB 248 *THROUGHPUT INFRASTRUCTURE FUNDS*

The process of applying for, receiving and using the funds from the Throughput Infrastructure Fund should not be confused with the traditional loan and grant process of the Permanent Community Impact Fund (CIB). They are not the same. These two funds are separate pools of money with two very different purposes.

CIB funds are federal dollars received from mineral extraction on federal lands and are used to support the impact of this extraction in rural counties. Over $1 Billion have been granted or loaned for roads, buildings, and community recreation facilities, just to name a few.

The process of applying for and getting these funds, are based on a "trimester" schedule where funding happens every 4 months. The applications and timing are specific, and the uses of the funds are regulated by federal guidelines. For example, an application submitted by June 1st would anticipate an October funding, etc.

The Throughput Infrastructure Funds are state dollars without the federal restrictions. Through SB 246 and SB 248, the Utah State Legislature gave the Utah Department of Transportation $53,000,000 of Federal Mineral money to be used on roads and in exchange, took $53,000,000 in state funds to establish the Throughput Infrastructure Fund to be used specifically for the Oakland Port Project.

The reason the CIB has been charged with the handling of the Throughput Infrastructure Fund is that the CIB is a state board with a process in place to handle the application and distribution of funds. This is what they have done for many years with the federal mineral monies received by the State of Utah.

The process of applying for and receiving the funds from the Throughput Infrastructure Fund, as stated above, will be different. It is anticipated that the application, timeline, and disbursement of the funds will be as follows:

1. The four Counties are prepared to submit the application in the next few weeks.
2. The CIB staff and third-party consultants will review the package and prepare the information to go to the CIB Board.
3. It is anticipated that the Oakland project will be on the August 2020 Board meeting agenda.
4. Following the approval, the funding should take place within the September – October timeframe.

This is the process and timeline by which the four Counties will be funded for the Oakland Project. This Project is of vital importance to The State of Utah and especially the energy producing counties of the state. This project will not only save high paying jobs but will promote economic growth in rural Utah and create new and lasting jobs for the state and region.

The four Counties look forward to a successful closing of the funds and the opportunity to be part of a world class export facility.