# EXHIBIT D

STATE OF UTAH          )
                                 )
COUNTY OF CARBON   )

## **AFFIDAVIT**

The undersigned, being first duly sworn, states that:

1.  I am a current Carbon County Commissioner and have served several times as the Chairman of the Commission.

2.  The Utah counties of Carbon, Sevier, Emery, and Sanpete (together, the "Four Counties") have been working with the assistance of Insight Terminal Solutions, LLC ("ITS") to prepare an application (the "Application") for presentation to the Utah Permanent Community Impact Fund Board ("CIB") to allow the Four Counties to access the Throughput Infrastructure Fund.

3.  The review of an application for funding from the Throughput Infrastructure Fund is different than an application for funding from the Permanent Community Impact Fund (the "Community Impact Fund").

4.  While both the Throughput Infrastructure Fund and the Community Impact Fund are administered by the CIB, applications for funding from the Throughput Infrastructure Fund are reviewed as submitted, with funding available from the Throughput Infrastructure Fund very shortly after approval.

5.  Applications for funding from the Community Impact Fund are reviewed by the CIB at its regularly scheduled meetings, but funding from the Community Impact Fund is only available on a trimester basis.

6.  The trimester-based funding does not apply to the Throughput Infrastructure Fund.

7.  The Four Counties expect the Application to be filed within the next several weeks for consideration by the CIB at the August 2020 meeting.

8.  To my knowledge and belief, there are no material issues that would prevent the Application from being approved.

9.  Assuming approval, the Throughput Infrastructure Fund should be available to the Four Counties in September or October 2020.

10. On behalf of Carbon County, I executed that certain letter to ITS dated May 18, 2020 (the "May 18 Letter"), in which Carbon County expresses its intention to advance a portion of the Throughput Infrastructure Fund in an amount that is sufficient to allow ITS to emerge from bankruptcy on the sole condition that the bankruptcy court approve the ITS reorganization plan.

11. It is my understanding that such amount is approximately $20 million.

12.  To my knowledge and belief, the intentions expressed in the May 18 Letter remain true for Carbon County and the other members of the Four Counties.

Further, affiant sayeth not.

Casey Hopes

STATE OF UTAH           )
                        )
COUNTY OF CARBON        )

Sworn to and subscribed before me this 8th day of June, 2020 by Casey Hopes.

My commission expires: 7-11-22 .

Notary Public

LORI PEREZ
NOTARY PUBLIC · STATE OF UTAH
COMMISSION# 701216
COMM. EXP. 07-11-2022

2