# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| INSIGHT TERMINAL SOLUTIONS, LLC et al.[1] | Case No. 19-32231 |
| Debtors. | (Jointly Administered) |
| | Judge Joan A. Lloyd |

### ORDER (I) APPROVING DEBTORS' DISCLOSURE STATEMENT (II) ESTABLISHING SOLICITATION PROCEDURES OF THE DEBTORS' PLAN (II) APPROVING MANNER OF NOTICE CONFIRMATION HEARING AND OBJECTION DEADLINE; (III) APPROVING NOTICE AND OBJECTION PROCEDURES FOR THE ASSUMPTION AND REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV) GRANTING RELATED RELIEF

The above Chapter 11 cases came before the Court for (a) approval of the First Amended Disclosure Statement for the Debtors' Chapter 11 Plan Pursuant to Bankruptcy Code Section 1121(a) (Doc. No. 246) (the "Debtors' Disclosure Statement"), filed by Insight Terminal Solutions, LLC ("ITS") and Insight Terminal Holdings, LLC ("ITH; and collectively with ITS, the "Debtors"), with respect to the First Amended Chapter 11 Plan of Reorganization (the "Debtors' Plan") dated June 19, 2020 (Doc. No. 247), as may be further amended, supplemented or otherwise modified from time to time and the Court being sufficiently advised,

IT IS HEREBY ORDERED that:

1.  The Debtors' Disclosure Statement is **APPROVED** pursuant to 11 U.S.C. § 1125.

---

[1] The Debtors in these chapter 11 cases are Insight Terminal Solutions, LLC (Case No. 19-32231) and Insight Terminal Holdings, LLC (Case No. 19-32232). The Court has ordered the joint administration of these chapter 11 cases. The docket in this Case No. 19-32231 should be consulted for all matters affecting the above listed cases.

2. The Executory Contract Procedures as defined in the *Motion for Entry of an Order (I) Scheduling Combined Hearing on Adequacy of Disclosure Statement and Confirmation of Plan of the Bankruptcy Estate of Debtor Insight Terminal Solutions, LLC; (II) Fixing Deadline to Object to Disclosure Statement and Plan; (III) Waiving Solicitation of the Plan and Approving Manner of Notice of Commencement, Combined Hearing, and Objection Deadline; (IV) Approving Notice and Objection Procedures for the Assumption Or Rejection of Executory Contracts and Unexpired Leases; and (VI) Granting Related Relie*f (Doc. No. 197) (the "Confirmation Procedures Motion") filed by Autumn Wind Lending, LLC are **APPROVED**.[2] The Debtors shall file the Schedule of Assumed Executory Contracts and Unexpired Leases[3] with the Plan Supplement on or before July 27, 2020 and shall serve the same upon all other non-Debtor counterparties set forth on such Schedule.

3. This Court will hold a hearing to consider confirmation of the Debtors' Plan (the "<u>Confirmation Hearing</u>") before the Honorable Judge Joan A. Lloyd, United States Bankruptcy Judge, in Courtroom No. 1, 5th Floor of the Gene Snyder United States Courthouse, 601 West Broadway, Louisville, KY 40202, **on August 11, 2020 at 11:00 a.m. (ET)**. The Confirmation Hearing may be continued from time to time by this Court without further notice other than adjournments announced in open court or in the filing of a notice or hearing agenda in the chapter 11 case and notice of such adjourned date(s) will be available on the electronic case filing docket.

4. Any responses or objections to (a) confirmation of the Debtors' Plan or (b) assumption or rejection of Executory Contracts and Unexpired Leases must: (i) be in writing; (ii) conform to the applicable Bankruptcy Rules and the Local Rules; (iii) set forth the name of the

---

[2] This Order does not address other aspects of the Confirmation Procedures Motion.
[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in or through the Debtors' Disclosure Statement.

objecting party, the basis for the objection, and the specific grounds thereof; and (iv) be filed with this Court, together with a proof of service, no later than **4:00 p.m. (ET) on August 4, 2020** (such deadline, as applicable, the "Plan Objection Deadline" and the "Assumption or Rejection Objection Deadline"). In addition to being filed with the Court, any responses or objections must be served on the following parties (collectively, the "Notice Parties") so as to be received by such deadline:

(a) counsel to the Debtors: Andrew D. Stosberg, Middleton Reutlinger, P.S.C. 401 S. Fourth Street, Suite 2600, Louisville, Kentucky 40202; Email: astosberg@middletonlaw.com

(b) the United States Trustee, 601 West Broadway, Suite 512, Louisville, KY 40202, Attn: John R. Stonitsch (ustpregion08.lo.ecf@usdoj.gov); and

(c) those parties requesting notice pursuant to Bankruptcy Rule 2002.

**UNLESS A RESPONSE OR AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE COURT.**

5. The Debtors may file reply briefs in response to any responses or objections to confirmation of the Debtors' Plan and/or the assumption or rejection of Executory Contracts and Unexpired Leases by August 7, 2020.

6. The Confirmation Schedule, as set forth below, is hereby approved in its entirety, and this Court hereby finds the Confirmation Schedule is consistent with the applicable provisions of the Bankruptcy Code and the Bankruptcy Rules.

| Event | Date/Deadline |
|---|---|
| Debtors' Plan Supplement and Schedule of Assumed Executory Contracts and Unexpired Leases Filing Deadline | July 27, 2020 |
| Debtors' Plan Objection Deadline | August 4, 2020 at 4:00 p.m. (Prevailing Eastern Time) |

| Event | Date/Deadline |
|---|---|
| Assumption or Rejection Objection Deadline | August 4, 2020 at 4:00 p.m. (Prevailing Eastern Time) |
| Ballot Receipt Deadline | August 4, 2020 at 4:00 p.m. (Prevailing Eastern Time) |
| Debtors' Plan Objection Reply Deadline (including, to the extent applicable, replies to any Executory Contract Procedures objections) | August 7, 2020 at 4:00 p.m. (Prevailing Eastern Time) |
| Deadline to tender proposed confirmation order | |
| Deadline to file voting tabulation report | |
| Deadline to file brief in support of confirmation | |
| Confirmation Hearing | August 11, 2020 at 11:00 a.m. (Prevailing Eastern Time) |

7. Notice of the Confirmation Hearing as proposed in the Motion and the form of the Notice of Confirmation Hearing, substantially the form attached hereto as **Exhibit 1**, shall be deemed good and sufficient notice of the Confirmation Hearing and the Objection Deadline and all pleading in connection thereto, including, without limitation, the Debtors' Plan, the Debtors' Disclosure Statement, and the Debtors' Plan Supplement. On or before one business day following the entry of this Order, counsel for the Debtors' shall mail copies of the Debtors' Disclosure Statement, the Debtors' Plan and a ballot to all scheduled creditors and within five days thereafter file a certificate of mailing with the Court. Completed ballots shall be mailed to counsel for the Debtors, who shall file a tabulation of the ballots with the Court no later than two (2) business days prior to the date of the Confirmation Hearing. The notice procedures set forth in this paragraph 7 constitute good and sufficient notice of the Confirmation Hearing, the Objection Deadline, and procedures for objecting to confirmation of the Debtors' Plan. The deadline for any impaired

creditor to cast a vote on the Debtors' Plan shall be August 4, 2020 and any ballot must actually be received by counsel for the Debtors by such date.

8. Notwithstanding any provision in the Bankruptcy Rules to the contrary, the terms of this Order shall be immediately effective and enforceable upon its entry and the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

9. The Bankruptcy Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

*Joan A. Lloyd*
Joan A. Lloyd
United States Bankruptcy Judge
Dated: July 8, 2020

Prepared by:

*/s/ Andrew D. Stosberg*
Andrew D. Stosberg
KBA ID No. 87969
MIDDLETON REUTLINGER
401 S. Fourth Street, Suite 2600
Louisville, Kentucky 40202
Tel: (502) 625-2734
astosberg@middletonlaw.com
COUNSEL FOR THE DEBTORS