# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Insight Terminal Solutions, LLC. and Insight Terminal Holdings, LLC | Case No.:19–32231–jal |
| Debtor(s) | Chapter: 11 |

# NOTICE FOR OBJECTIONS

This matter comes before the Court regarding item(s) listed below:

*286* – Motion to Assume Lease or Executory Contract –Subground Lease. Filed by Associated Debtor Insight Terminal Holdings, LLC, Debtor Insight Terminal Solutions, LLC.. (Attachments: # 1 Proposed Order) (Stosberg, Andrew)

and the Court being sufficiently advised,

IT IS HEREBY ORDERED that objections, if any, be filed with the Clerk of the U.S. Bankruptcy Court on or before September 8, 2020.

All objections shall by typewritten and in proper pleading form as required by the Federal Rules of Bankruptcy Procedure and you shall certify that you have mailed a copy of the objection to the Attorney for the debtor.

A copy of said pleading is available for inspection and/or copying in the Clerk's Office.

A copy of this notice shall be mailed to the debtor(s), counsel for the debtor(s), the U.S. Trustee and to all scheduled creditors and parties in interest.

Dated: 8/17/20

By: tmp
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court