## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Insight Terminal Solutions, LLC. and Insight Terminal Holdings, LLC<br><br>Debtor(s) | Case No.:19−32231−jal<br><br><br><br>Chapter: 11<br>Judge: Joan A. Lloyd |

## NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of Hearing regarding Motion for Relief from Stay regarding Army Gateway Redevelopment Sublease for West Gateway dated as of September 24, 2018, between Oakland Bulk and Oversized Terminal, LLC, as Sublandlord, and Debtor Insight Terminal Solutions (ITS), as Subtenant. Filed by Creditor Oakland Bulk & Oversized Terminal, LLC 304. ANY OBJECTION TO THE MOTION HEREIN SHALL BE FILED WITH THE COURT NO LATER THAN SEVEN DAYS PRIOR TO THE DATE OF HEARING. Hearing scheduled for 9/22/2020 at 10:00 AM at Courtroom #1, 5th Fl(7th St. Elevators), 601 West Broadway, Louisville, KY 40202(EASTERN TIME). cc: matrix (Goss, K)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 8/31/20

By: kg
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court