# Exhibit A

## August 31, 2020 Notice of Sublandlord Payment

8/31/2020

**CALIFORNIA CAPITAL & INVESTMENT GROUP**

**Sent Electronically & USPS**

**To:** Insight Terminal Solutions, LLC
6100 Dutchmans Lane, 9th Floor
Louisville KY, 40205
Attn: John Siegel
JSiegel@insightterminals.com

**Copy To:** Autumn Wind Lending, LLC
1999 Avenue of the Stars, Suite 2040
Los Angeles, CA 90067
Attn: Vikas Tandon
vikas@jmbcapital.com

Middleton Reutlinger
401 South Fourth Street, Suite 2600
Louisville, KY 40202
Attn: Tom Ice
tice@middletonlaw.com

**RE: NOTICE OF SUBLANDLORD PAYMENT – Army Base Gateway Redevelopment Project Sub-Ground Lease for West Gateway, dated September 24, 2018 ("Sublease")**

Mr. Siegel,

Insight Terminal Solutions, LLC ("Subtenant") failed to respond to Oakland Bulk and Oversized Terminal, LLC ("Sublandlord")'s Request for Adequate Assurances, dated August 7, 2020, wherein Sublandlord requested Subtenant provide written adequate assurances that Subtenant would pay the $112,085.00 in taxes ("Assessed Tax") assessed against the Sublease Premises—due on or before August 31, 2020—as further set forth in that certain Alameda County Unsecured Property Tax Statement (2020-21).

Consistent with Section 4.2 of the Sublease, Sublandlord has elected to pay the Assessed Tax to avoid penalties, liens, and a potential default under the Master Lease (as that term is defined in the Sublease). Consequently, you are hereby notified to reimburse Sublandlord the Assessed Tax within ten (10) days following the date of this notice—the Assessed Tax will also be added to Subtenant's monthly invoice.

Respectfully,

**Phil Tagami**
*President & CEO*
California Capital & Investment Group, Inc.

**CALIFORNIA CAPITAL & INVESTMENT GROUP**

8/7/2020

**Sent Electronically & USPS**

| | |
|---|---|
| **To:** | Insight Terminal Solutions, LLC<br>6100 Dutchmans Lane, 9th Floor<br>Louisville KY, 40205<br>Attn: John Siegel<br>JSiegel@insightterminals.com |

| | | |
|---|---|---|
| **Copy To:** | Autumn Wind Lending, LLC<br>1999 Avenue of the Stars, Suite 2040<br>Los Angeles, CA 90067<br>Attn: Vikas Tandon<br>vikas@jmbcapital.com | NexGen Resources Corporation<br>5251 DTC Parkway, Suite 800<br>Greenwood Village, CO 80111<br>Attn: Charlie McNeil<br>cmcneil@nexgen-group.com |

Middleton Reutlinger
401 South Fourth Street, Suite 2600
Louisville, KY 40202
Attn: Tom Ice
tice@middletonlaw.com

**RE:** **REQUEST FOR ADEQUATE ASSURANCES – Army Base Gateway Redevelopment Project Sub-Ground Lease for West Gateway, dated September 24, 2018 ("Sublease")**

Mr. Siegel,

On behalf of Oakland Bulk and Oversized Terminal, LLC ("Sublandlord"), I hereby request that Insight Terminal Solutions, LLC ("Subtenant") provide adequate assurances that it will timely pay (or otherwise properly contest) assessed property taxes as required by the Sublease. Capitalized terms used but not otherwise expressly defined herein will have the same meaning as set forth in the Sublease, which Sublease is incorporated herein by reference.

Specifically, as you are aware, the County of Alameda, California recently delivered to Subtenant that certain Alameda County Unsecured Property Tax Statement (2020-21) ("Property Tax Statement"), a copy of which is attached hereto. The Property Tax Statement indicates that Subtenant is required to pay taxes, in the amount of $112,085.00 ("Assessed Tax"), on or before August 31, 2020 ("Due Date").

Section 4.1.2 of the Sublease states, "Subtenant shall pay or cause to be paid, prior to delinquency, all Impositions comprised of possessory interest and property taxes assessed, levied or imposed on the Premises or any of the Improvements or Personal Property . . . . In addition, Subtenant shall pay any fine, penalty, interest or cost as may be charged or assessed for nonpayment or delinquent payment of such taxes." And while Subtenant the right to contest any such Impositions, it must do so consistent with Section 4.3 of the Sublease.

Sublandlord hereby requests that Subtenant provide written adequate assurances that Subtenant will pay the Assessed Tax (or properly contest the Property Tax Statement) on or

before the Due Date consistent with Subtenant's obligations under the Sublease. Adequate Assurances are requested on or before **August 21, 2020** at 5:00 PM EST.

In connection with Sublandlord's obligations under Section 18.3 of the Sublease, this notice is being sent to both Autumn Wind Lending, LLC and NexGen Resources Corporation who, based on information and belief, may each qualify as Investors under the Sublease given their respective interest in and to Subtenant.

Respectfully,

**Phil Tagami**
*President & CEO*
California Capital & Investment Group, Inc.

## ATTACHMENT 1

**Property Tax Statement**

[See Attached]

# 2020-21
For Fiscal Year Beginning July 1, 2020 and Ending June 30, 2021

## ALAMEDA COUNTY
## UNSECURED PROPERTY TAX STATEMENT
Henry C. Levy, Treasurer and Tax Collector
1221 Oak Street, Room 131
Oakland, California 94612
(510) 272-6800

| Assessee Account Number | Parcel number | Tax-Rate Area |
|---|---|---|
| 30-395833-00-001-20-00-00 | 18-508-15 | 17-041 |

**Location of Property**
OAKLAND ARMY BASE PROJ
Assessed to on January 1, 2020
INSIGHT TERMINAL SOLUTIONS LLC

INSIGHT TERMINAL SOLUTIONS LLC
6100 DUTCHMANS LN #9
LOUISVILLE KY 40205-3279

### Tax-Rate Breakdown

| Taxing Agency | Tax Rate | Tax Amount |
|---|---|---|
| COUNTYWIDE TAX | 1.0000% | 81,885.60 |
| COUNTY GO BOND | .0108% | 884.39 |
| CITY OF OAKLAND 1 | .1975% | 16,172.40 |
| SCHOOL UNIFIED | .1168% | 9,564.23 |
| SCHOOL COMM COLL | .0257% | 2,104.45 |
| BAY AREA RAPID TRANSIT | .0120% | 982.62 |
| EAST BAY REGIONAL PARK | .0060% | 491.31 |
| TOTAL | 1.3688% | 112,085.00 |

### Fixed Charges and/or Special Assessments

| Description | Phone | Amount |
|---|---|---|
| | | |

### Other Charges

| Description | Amount |
|---|---|
| | |

### Tax Computation Worksheet

| Description | Full Valuation | x Tax Rate | = Tax Amount |
|---|---|---|---|
| LAND | 8,188,560 | | |
| IMPROVEMENTS | | | |
| FIXTURES | | | |
| TOTAL REAL PROPERTY | 8,188,560 | | |
| PERSONAL PROPERTY | | | |
| GROSS ASSESSMENT & TAX | 8,188,560 | 1.3688% | 112,085.00 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| NET ASSESSMENT & TAX | 8,188,560 | 1.3688% | 112,085.00 |
| | | | 112,085.00 |
| SUBTOTAL | | | 112,085.00 |
| TOTAL AMOUNT DUE | | | $112,085.00 |

### PLEASE READ IMPORTANT MESSAGES

This tax bill is for possessory interest. Go to http://www.acgov.org/assessor/about_property_assessment/possess.htm for more information.

ECHECK ACCEPTED
ONLINE @ www.acgov.org/propertytax/.

VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS CREDIT CARDS ACCEPTED ONLINE @ www.acgov.org/propertytax/ OR BY PHONE (510)272-6800. A CONVENIENCE FEE EQUAL TO 2.5% OF THE TAX AMOUNT DUE WILL BE ADDED TO YOUR TOTAL PAYMENT.

SUBSCRIBE TO RECEIVE E-MAIL ALERTS ABOUT IMPORTANT PROPERTY TAX DATES ONLINE @ www.acgov.org/propertytax/

**PLEASE SEE REVERSE FOR MORE INFORMATION**

- **Business Property Valuation** (510) 272-3836
- **Tax Rates** (510) 272-6564
- **Possessory Interest / ILL** (510) 272-3787
- **Boats and Aircraft** (510) 272-3838
- **Homeowner/Other Exemptions** (510) 272-6587
- **Payments** (510) 272-6800

### General Information

Ownership of property on the January 1 lien date preceding the fiscal year for which the property is taxed determines the obligation to pay taxes; the disposal of property after the lien date does not relieve the assessee from the liability for payment of taxes.

The TOTAL AMOUNT DUE must be paid by the date indicated on the payment remittance stub attached to this bill. If the taxes are not paid, a 10% delinquent penalty and a $50.00 delinquent fee attaches at 5 p.m. on the date indicated on the stub. If the taxes are unpaid by 5 p.m. on the last day of the second succeeding month after the 10% attaches, an additional penalty of 1.5% attaches to them on the first day of each month thereafter to the time of payment or until a court judgment is entered for the amount of unpaid taxes penalties and costs whichever comes first. In addition to the penalties, the actual costs of collection incurred by the County up to the time the delinquency is paid may be collected by the Tax Collector.

When submitting payment, detach the UNSECURED ROLL TAX PAYMENT STUB and send it with your payment to assure proper credit. Do not mail cash.

A fee of $61.00 will be imposed on all returned or dishonored payments.

Delinquent tax bills will automatically have a CERTIFICATE OF LIEN FOR UNSECURED PROPERTY TAXES recorded against the assessee at the County Recorder's Office immediately after delinquency occurs. The certificate constitutes a lien upon all personal and real property owned or that may subsequently be acquired before the date on which the lien expires, by the assessee named. The lien has the force, effect and priority of a judgment lien for a period of ten years from the date of recordation, or any extension thereof.

PLEASE SEE BACK FOR MORE INFORMATION

---

UNSECURED ROLL TAX PAYMENT STUB
## FISCAL YEAR 2020-21

| ASSESSEE ACCOUNT NUMBER | 30-395833-00-001-20-00-00 |
|---|---|
| PARCEL NUMBER | 18-508-15 |
| PAY THIS AMOUNT BY AUG 31, 2020 | $112,085.00 |

If payment is submitted after this date, telephone the payments number provided to the left for the correct amount due.

Make checks payable to: Henry C. Levy, Tax Collector, Alameda County

32007 43958333000 6001200000 60011208500 4

Form 114-USTB (rev.11/05)
38,211

**INFORMATION ABOUT YOUR UNSECURED ROLL PROPERTY TAX BILL**

(References to the California Revenue and Taxation Code are abbreviated as "RTC")

1. **Delinquency Dates:**
   (a) Taxes on the unsecured roll as of July 31, if unpaid, are delinquent at 5 p.m., or the close of business, whichever is later, on August 31 and thereafter subject to a delinquent penalty of 10 percent.

   (b) Taxes added to the unsecured roll after July 31, if unpaid, are delinquent and subject to a penalty of 10 percent at 5 p.m., or the close of business, whichever is later, on the last day of the month succeeding the month of enrollment.

   (c) Taxes transferred to the unsecured roll pursuant to any provision of law and already subject to penalties also transferred, shall be subject only to the additional penalties and costs prescribed in subdivisions (d) and (e), which shall attach beginning July 1 and on the first day of each month thereafter.

   (d) Unsecured taxes remaining unpaid at 5 p.m., or the close of business, whichever is later, on the last day of the second month after the 10 percent penalty attaches shall be subject to an additional penalty of 1-1/2 percent attaching on the first day of each succeeding month on the amount of the original tax. The additional penalties shall continue to attach until the time of payment or until the time a court judgment is entered for the amount of unpaid taxes and penalties, whichever occurs first.

   (e) In addition to the penalties imposed by this section, the tax collector may collect actual costs of collection incurred by the county up to the time the delinquency is paid. (Section 2922e RTC)

   (f) When the last day of the month falls on a Saturday, Sunday or legal holiday, any penalty to which the tax becomes subject on that date shall not attach if the tax collector receives payment in full by 5 p.m., or the close of business, whichever is later, on the next business day.

2. **Collection Enforcement:** In addition to the recording of a certificate of lien for taxes, taxes due on unsecured property may be collected by seizure and sale of personal property, improvements, and possessory interests belonging or assessed to the assessee; by court action; and by summary judgment. (Sections 2191.3, 2951, 3003 & 3101 RTC)

3. Your Tax Collector does not determine the amount due on this tax bill. Tax amounts are computed by multiplying the property's full value by the tax rates of the various tax agencies.

   For certain escaped assessments, interest is added to the tax due at the rate of .75% per month from the date the taxes would have become delinquent if they had been timely assessed, to the date the additional assessment is added to the assessment roll. (Section 506 RTC)

   If an application for reduction in assessment has been filed pursuant to Section 1607 RTC and the assessment appeals board reduces the assessment in dispute, interest is added to unpaid taxes at the rate of 1% per month from the delinquent date of the taxes due on the disputed assessment to the date of correction of the taxes due on the reduced assessment. (Section 2922.5 RTC)

   Fixed charges and special assessments such as Flood Control Benefit Assessment, weed liens, etc., from cities and special districts are added to the computed tax amounts and interest (if any) to arrive at the total amount due on this bill.

4. **Assessment Date and Attachment of Tax Lien:** The Assessor annually assesses all the taxable property in the County, except state-assessed property, to the persons owning, possessing or controlling it at 12:01 a.m. January 1, and a lien for taxes attaches at that time preceding the fiscal year for which taxes are levied.

5. **Assessment Equalization Period:**
   (a) If you disagree with the assessed value as shown on the tax bill, you have the right to an informal assessment review by contacting the pertinent Assessor's office phone number listed on the front. If you disagree with the results of the informal review, you have the right to file an application for reduction in assessment for the following year with the Alameda County Assessment Appeals Board during the period from July 2 to September 15 inclusive.

   (b) If this bill is the result of an Escape Assessment a Notice of Enrollment of Escape Assessment would have previously been mailed to you by the Assessor's Office. This notice indicated that you had 60 days from the date on that notice to file an application for reduction in assessment. Should you have any questions regarding the notice date please contact the Assessor's Office.

   Applications are available online at http://www.acgov.org/MS/AAB/ or by visiting the Alameda County Assessment Appeals Board located at the County Administration Building, Room 536, 1221 Oak Street, Oakland, California 94612-4241, Telephone (510) 272-6352.

6. **Full Exemption Legend:** C—Church D—Welfare/Hospital G—Cemetery H—Homeowner M—Miscellaneous R—Religious S—Public School V—Veteran W—Welfare/Others X—Combination. The Homeowner's exemption tax reduction is attributable to the State-financed homeowner's tax relief program.

7. Questions about property valuation, tax rates, possessory interest, boats and aircraft, exemptions, payments, fixed charges and/or special assessments should be directed to the telephone numbers indicated on the front of this bill.