**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>INSIGHT TERMINAL SOLUTIONS, LLC et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-32231<br><br>(Jointly Administered)<br><br>Judge Joan A. Lloyd |

**AUTUMN WIND LENDING, LLC'S WITNESS AND EXHIBIT LISTS**
**FOR EVIDENTIARY HEARING ON SEPTEMBER 22 AND 23, 2020**

Autumn Wind Lending, LLC ("Autumn Wind"), by its undersigned attorneys, respectfully submits this Witness and Exhibit List in compliance with the Court's *Order for Evidentiary Hearing* dated August 13, 2020 [Docket No. 297].

**Witness List**

Autumn Wind may call the following witnesses to testify:[2]

1. Any and all witnesses identified by the Debtors as witnesses who may testify at the hearing.

2. Any additional witnesses necessary for evidentiary foundation, impeachment, or rebuttal.

**Exhibit List**

Autumn Wind may seek to introduce into evidence, by asking the Court to take judicial notice, of the following exhibits:[3]

---

[1] The Debtors in these chapter 11 cases are Insight Terminal Solutions, LLC (Case No. 19-32231) and Insight Terminal Holdings, LLC (Case No. 19-32232). The Court has ordered the joint administration of these chapter 11 cases. The docket in this Case No. 19-32231 should be consulted for all matters affecting the above listed cases.

[2] Autumn Wind reserves its rights to amend and/or supplement this list based on any pleadings filed by the Debtors or other parties in interest subsequent to the filing of this Witness List.

[3] Autumn Wind reserves its rights to amend and/or supplement this list based on any pleadings filed by the Debtors or other parties in interest subsequent to the filing of this Exhibit List.

| Ex No. | Title | Docket No. (if applicable) |
|---|---|---|
| 1 | Amended Disclosure Statement (related document(s)195 Chapter 11 Plan filed by Creditor Autumn Wind Lending, LLC, 196 Disclosure Statement filed by Creditor Autumn Wind Lending, LLC). Filed by Creditor Autumn Wind Lending, LLC (Attachments: # 1 Exhibit A - Chapter 11 Plan of Reorganization # 2 Exhibit B - Declaration of Vikas Tandon # 3 Exhibit 1 - Redline Disclosure Statement # 4 Exhibit 2 - Redline Plan)(Hirsh, Robert) (Entered: 06/15/2020) | Docket No. 245 |
| 2 | First Amended Disclosure Statement (related document(s)216 Disclosure Statement filed by Debtor Insight Terminal Solutions, LLC., Associated Debtor Insight Terminal Holdings, LLC). Filed by Associated Debtor Insight Terminal Holdings, LLC, Debtor Insight Terminal Solutions, LLC. (Attachments: # 1 Exhibit A)(Stosberg, Andrew) (Entered: 06/19/2020) | Docket No. 246 |
| 3 | First Amended Chapter 11 Plan (related document(s)217 Chapter 11 Plan filed by Debtor Insight Terminal Solutions, LLC., Associated Debtor Insight Terminal Holdings, LLC). Filed by Associated Debtor Insight Terminal Holdings, LLC, Debtor Insight Terminal Solutions, LLC. (Attachments: # 1 Exhibit A, Utah Letters # 2 Exhibit B. J. Potter Affidavit # 3 Exhibit C, G. Ogden Affidavit # 4 Exhibit D. C. Hopes Affidavit)(Stosberg, Andrew). Modified on 7/28/2020 (Goss, K). (Entered: 06/19/2020) | Docket No. 247 |
| 4 | Order Approving Disclosure Statement, Setting Deadlines for Objections to Confirmation and Ballots, and Setting Confirmation Hearing. ***THIS ORDER HAS BEEN MAILED BY THE COURT TO ALL SCHEDULED CREDITORS AND PARTIES IN INTEREST*** (related document(s)195 Chapter 11 Plan filed by Creditor Autumn Wind Lending, LLC, 245 Amended Disclosure Statement filed by Creditor Autumn Wind Lending, LLC). Confirmation hearing to be held on 8/11/2020 at 11:00 AM at Courtroom #1, 5th Fl(7th St. Elevators), 601 West Broadway, Louisville, KY 40202(EASTERN TIME). Entered on 7/9/2020 (Greathouse, S) (Entered: 07/09/2020) | Docket No. 255 |
| 5 | Supplemental Debtors' Chapter 11 Plan Supplement (related document(s)247 Amended Chapter 11 Plan filed by Debtor Insight Terminal Solutions, LLC., Associated Debtor Insight Terminal Holdings, LLC). (Attachments: # 1 Exhibit A, Debtors' Amended Organizational Documents # 2 Exhibit B, Debtors' Schedule of Assumed Executory Contracts & Unexpired Leases) Filed by Insight Terminal Holdings, LLC, Insight Terminal Solutions, LLC. (Stosberg, Andrew) (Entered: 07/27/2020) | Docket No. 264 |
| 6 | Document: Notice of Filing Plan Supplement (related document(s)247 Amended Chapter 11 Plan filed by Debtor Insight Terminal Solutions, LLC., Associated Debtor Insight Terminal Holdings, LLC). Filed by Autumn Wind Lending, LLC (Hirsh, Robert) (Entered: 07/27/2020) | Docket No. 265 |
| 7 | Motion to Continue Hearing On *Confirmation of Chapter 11 Plan* (related document(s)255 Order Approving Disclosure Statement, Setting Deadlines | Docket No. 268 |

| Ex No. | Title | Docket No. (if applicable) |
|---|---|---|
|  | for Objections to Confirmation and Ballots, and Setting Confirmation Hearing. ***THIS ORDER HAS BEEN MAILED BY THE COURT TO ALL SCHEDULED CREDITORS AND PARTIES IN INTEREST*** (related document(s)195 Chapter 11 Plan filed by Creditor Autumn Wind Lending, LLC, 245 Amended Disclosure Statement filed by Creditor Autumn Wind Lending, LLC). Confirmation hearing to be held on 8/11/2020 at 11:00 AM at Courtroom #1, 5th Fl(7th St. Elevators), 601 West Broadway, Louisville, KY 40202(EASTERN TIME). Entered on 7/9/2020, 256 Order Approving Disclosure Statement, Setting Deadlines for Objections to Confirmation and Ballots, and Setting Confirmation Hearing. ***THIS ORDER HAS BEEN MAILED BY THE COURT TO ALL SCHEDULED CREDITORS AND PARTIES IN INTEREST*** (related document(s)246 Amended Disclosure Statement filed by Debtor Insight Terminal Solutions, LLC., Associated Debtor Insight Terminal Holdings, LLC, 247 Amended Chapter 11 Plan filed by Debtor Insight Terminal Solutions, LLC., Associated Debtor Insight Terminal Holdings, LLC). Confirmation hearing to be held on 8/11/2020 at 11:00 AM at Courtroom #1, 5th Fl(7th St. Elevators), 601 West Broadway, Louisville, KY 40202(EASTERN TIME). Entered on 7/9/2020) Filed by Creditor Cecelia Financial Management, Associated Debtor Insight Terminal Holdings, LLC, Debtor Insight Terminal Solutions, LLC.. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Stosberg, Andrew). Related document(s) 195 Chapter 11 Plan filed by Creditor Autumn Wind Lending, LLC, 247 Amended Chapter 11 Plan filed by Debtor Insight Terminal Solutions, LLC., Associated Debtor Insight Terminal Holdings, LLC. Modified on 8/5/2020 (Goss, K). Modified on 8/5/2020 (Goss, K). Related document(s) 256 Order Approving Disclosure Statement. Modified on 8/5/2020 (Goss, K). Related document(s) 255 Order Approving Disclosure Statement. Modified on 8/5/2020 (Goss, K). Modified on 8/5/2020 (Graham, S). Modified on 8/5/2020 (Graham, S). (Entered: 08/03/2020) |  |
| 8 | Objection to Motion to Continue Hearing On *Confirmation of Chapter 11 Plan* filed by Debtor Insight Terminal Solutions, LLC., Associated Debtor Insight Terminal Holdings, LLC, Creditor Cecelia Financial Management268. Filed by Creditor Autumn Wind Lending, LLC (Hirsh, Robert) (Entered: 08/03/2020) | Docket No. 271 |
| 9 | Transcript of July 28, 2020 Deposition of Lynn Sitterud[4] |  |
| 10 | Transcript of July 28, 2020 Deposition of Casey Hopes[4] |  |
| 11 | Transcript of July 29, 2020 Deposition of Garth Ogden[4] |  |
| 12 | Transcript of July 30, 2020 Deposition of Keith Heaton[4] |  |
| 13 | Transcript of July 30, 2020 Deposition of Scott Bartholomew[4] |  |
| 14 | Transcript of July 31, 2020 Deposition of James Wolff[4] |  |

---

[4] The Debtors have waived any objection to the authenticity of this transcript and consented to Autumn Wind not filing the transcript on the docket. A copy of the transcript will be provided to the Court.

| Ex No. | Title | Docket No. (if applicable) |
|---|---|---|
| 15 | Transcript of August 3, 2020 Deposition of Jae Potter[4] | |

Dated: September 8, 2020
       New York, New York

**LOWENSTEIN SANDLER LLP**

/s/ *Robert M. Hirsh*
Robert M. Hirsh (admitted *pro hac vice*)
Rachel Maimin (admitted *pro hac vice*)
Phillip Khezri (admitted *pro hac vice*)
Lowenstein Sandler LLP
1251 Avenue of the Americas
17th Floor
New York, NY 10020
Telephone: (212) 262-6700
rhirsh@lowenstein.com
rmaimin@lowenstein.com
pkhezri@lowenstein.com

    -and-

**FROST BROWN TODD LLC**

Ronald E. Gold
Edward M. King
400 W. Market Street
Suite 3200
Louisville, KY 40202
Tel: (502) 589-5400
Fax: (502) 581-1087
tking@ftblaw.com

*Counsel for Autumn Wind Lending, LLC*