Heidi McIntosh (CO SBN 48230, *pro hac vice*)
Earthjustice
633 17th Street, Suite 1600
Denver, Colorado 80220
303.623.9466
hmcintosh@earthjustice.org

Marie Elizabeth Logan (CA SBN 308228, *pro hac vice*)
Earthjustice
50 California Street, Suite 500
San Francisco, California 94111
415.217.2000
mlogan@earthjustice.org

*Counsel to Sierra Club and Utah Chapter
Of the Sierra Club*

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| IN RE: | Chapter 11 |
| INSIGHT TERMINAL SOLUTIONS, LLC, et al.[1] | Case No. 19-32231 |
| Debtors | (Jointly Administered) |
| | Judge Joan A. Lloyd |

**NOTICE OF WITHDRAWAL OF NOTICE OF INFORMATION AND NOTICE OF
UPDATED INFORMATION PERTAINING TO
DEBTOR INSIGHT TERMINAL SOLUTIONS, LLC'S AND
DEBTOR INSIGHT TERMINAL HOLDINGS, LLC'S
PROPOSED FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION**

---

[1] The Debtors in these chapter 11 cases are Insight Terminal Solutions, LLC (Case No. 19-32231) and Insight Terminal Holdings, LLC (Case No. 19-32232). The Court has ordered the joint administration of theses chapter 11 cases. The docket in this Case No. 19-32231 should be consulted for all matters affecting the above listed cases.

1

1. On August 5, 2020, Sierra Club filed a *Notice of Information Pertaining to Debtor Insight Terminal Solutions, LLC's and Debtor Insight Terminal Holdings, LLC's Proposed First Amended Chapter 11 Plan of Reorganization.* ECF No. 285.

2. On September 8, 2020, Sierra Club supplemented its earlier filing by filing a *Notice of Updated Information Pertaining to Debtor Insight Terminal Solutions, LLC's and Debtor Insight Terminal Holdings, LLC's Proposed First Amended Chapter 11 Plan of Reorganization.* ECF No. 320.

3. Sierra Club's intent with these filings was to ensure that the Court was aware of information material to its consideration of whether the Debtors' Proposed First Amended Chapter 11 Plan of Reorganization was feasible and in compliance with all applicable non-bankruptcy law as required by 11 U.S.C. § 1129(a)(3) and (a)(11). In particular, Sierra Club sought to draw the Court's attention to facts which contradicted the Debtors' assertions that the Utah Funds will be available to fund the plan, including, among other things, statutory limitations on how the Throughput Infrastructure Fund may be used, *see* Utah Code Ann. 35A-8-309; the prohibition on the use of public funds for private purposes; and on certain bidding and other requirements to which the Permanent Community Impact Fund Board, (which administers the funds sought to be used for the reorganization plan proposed by ITS) is subject. In neither of its two filings did Sierra Club take a formal position regarding the Debtors' Proposed First Amended Plan or any other motion pending before the Court. *See* ECF No. 285 at 3; ECF No. 320 at 2.

4. On September 11, 2020, the Debtors filed a *Motion to Strike Sierra Club's Filings*. ECF No. 325. In that motion, the Debtors did not deny any of the factual assertions in either of Sierra Club's filings, nor did they argue that the information is irrelevant to the Court's

determination of whether the Debtors' Proposed First Amended Plan is lawful and feasible. Instead, the Debtors claimed that Sierra Club lacks standing to bring that information to the attention of the Court. The Debtors made no effort to contact Sierra Club prior to filing the *Motion to Strike*.

5. To avoid expending the Court's limited resources adjudicating the Debtors' motion to strike, Sierra Club hereby withdraws its *Notice of Information* [ECF No. 285] and *Notice of Updated Information* [ECF No. 320].

Dated: September 14, 2020						By: /s/ Heidi J. McIntosh
								Heidi J. McIntosh, CO SBN 48230
								(*pro hac vice*)
								EARTHJUSTICE
								633 17th Street, Suite 1600
								Denver, CO 80202
								Telephone: (303) 623-9466

								Marie Elizabeth Logan, CA SBN 308228
								(*pro hac vice*)
								EARTHJUSTICE
								50 California Street, Suite 500
								San Francisco, California 94111
								Telephone: (415) 217-2000

								*Attorneys for Interested Parties Sierra Club and Utah Chapter of Sierra Club*

## CERTIFICATE OF SERVICE

I certify that on September 14, 2020, the foregoing **NOTICE OF WITHDRAWAL OF NOTICE OF INFORMATION AND NOTICE OF UPDATED INFORMATION PERTAINING TO DEBTOR INSIGHT TERMINAL SOLUTIONS, LLC'S AND DEBTOR INSIGHT TERMINAL HOLDINGS, LLC'S PROPOSED FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION** was served on all parties authorized to receive notice through the Court's ECF notice system in this case.

/s/ Heidi J. McIntosh
Heidi J. McIntosh