UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Insight Terminal Solutions, LLC et al[1]  ) | |
| ) | |
| ) | CASE NO.   19-32231 |
| ) | (Jointly Administered) |
| Debtor(s)    ) | |

_____

ORDER

The above Chapter 11 came before the Court on September 15, 2020 regarding the Motion of Sierra Club's Motion for Leave to file an Amicus Brief and Request for one-day extension of time filed by Interested Parties, Sierra Club, Utah Chapter of the Sierra Club filed on September 15, 2020 (doc. #335). The Court having considered statements of counsel, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Motion of Sierra Club's Motion for Leave to file an Amicus Brief and Request for one-day extension for time, be and hereby is, **DENIED**.

kg