UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

```
-------------------------------------------------------- x
In re:                                                   :   Chapter 11
                                                         :
INSIGHT TERMINAL SOLUTIONS, LLC et al.¹                  :   Case No. 19-32231
                                                         :
                                         Debtors.        :   Jointly Administered
                                                         :
                                                         :   Judge Lloyd
                                                         :
-------------------------------------------------------- x
```

**AUTUMN WIND LENDING, LLC'S MOTION FOR AN
EMERGENCY TELEPHONIC STATUS CONFERENCE**

Autumn Wind Lending, LLC ("Autumn Wind"), by its undersigned attorneys, submits this motion requesting an emergency telephonic status conference (the "Motion for Emergency Status Conference") with respect to the above captioned cases and on Oakland Bulk & Oversized Terminal's ("OBOT") motion to terminate the automatic stay (the "Motion to Terminate") [Docket No. 304]. In support of the Motion for Emergency Status Conference, Autumn Wind respectfully states as follows:

**RELIEF REQUESTED**

1. On September 18, 2020, the Court, via email, notified the parties in these cases that, on its own motion, it was continuing the confirmation hearings scheduled to be heard on September 22 and 23, 2020. However, no new dates have been established for the continued confirmation hearings.

2. Additionally, Autumn Wind respectfully requests that the Court hear the Motion to Terminate by or before September 25, 2020 to avoid the automatic stay automatically being

---

[1] The Debtors in these chapter 11 cases are Insight Terminal Solutions, LLC (Case No. 19-32231) and Insight Terminal Holdings, LLC (Case No. 19-32232). The Court has ordered the joint administration of these chapter 11 cases. The docket in this Case No. 19-32231 should be consulted for all matters affecting the above listed cases.

modified to allow the relief set forth in the Motion to Terminate. The Motion to Terminate was initially scheduled for a hearing on September 22, 2020, but due to the continuance, any subsequent hearing after September 27, 2020 will be after the statutory period set forth pursuant to 362(e)(1) of the Bankruptcy Code automatically terminating the automatic stay.

WHEREFORE, Autumn Wind respectfully requests that this Court schedule an expedited telephonic emergency hearing on or before September 25, 2020.

Dated:   September 21, 2020

Respectfully submitted,

Robert M. Hirsh (admitted pro hac vice)
Rachel Maimin (admitted pro hac vice)
Phillip Khezri (admitted pro hac vice)
Lowenstein Sandler LLP
1251 Avenue of the Americas
17th Floor
New York, NY 10020
Telephone: (212) 262-6700
rhirsh@lowenstein.com
rmaimin@lowenstein.com
pkhezri@lowenstein.com

-and-

/s/ Edward M. King
Ronald E. Gold
Edward M. King
FROST BROWN TODD LLC
400 W. Jefferson Street, 32nd Floor
Louisville, KY  40202
Telephone: (502) 589-5400
Facsimile: (502) 581-1087
rgold@fbtlaw.com
tking@fbtlaw.com

*Counsel for Autumn Wind Lending, LLC*

-3-

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was served on September 21, 2020 electronically through this Court's CM/ECF system at the electronic addresses as set forth in the ECF system, including the Office of the United States Trustee and other persons receiving electronic notifications in this case.

                          */s/ Edward M. King*
                          COUNSEL FOR AUTUMN
                          WIND LENDING, LLC

0142761.0723131    4849-0933-7036v3