# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Insight Terminal Solutions, LLC. and Reorganized Debtor – Insight Terminal Solutions, L<br><br>Debtor(s) | Case No.:19−32231−jal<br><br><br><br><br>Chapter: 11<br>Judge: Joan A. Lloyd |

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of Hearing regarding Motion to Vacate 501 Order Granting Motion for 2004 Examination 499) Filed by Interested Party Sierra Club. 504. ANY OBJECTION TO THE MOTION HEREIN SHALL BE FILED WITH THE COURT NO LATER THAN SEVEN DAYS PRIOR TO THE DATE OF HEARING. Hearing scheduled for 7/23/2024 at 10:00 AM (Eastern Time) at Courtroom #1, 5th Fl(7th St. Elevators), 601 West Broadway, Louisville, KY 40202. cc: sl (AMG)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 5/28/24

By: AMG
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court