## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Insight Terminal Solutions, LLC. and Reorganized Debtor – Insight Terminal Solutions, L<br><br>Debtor(s) | Case No.:19–32231–jal<br><br><br><br><br>Chapter: 11<br>Judge: Joan A. Lloyd |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order of the Court to RESCHEDULE the hearing presently set for July 23, 2024, on Motion to Vacate (related document(s)501 Order Granting Motion for 2004 Examination (Related Doc 499) Entered on 4/26/2024. (LH)) Filed by Interested Party Sierra Club. 504 , so ORDERED by /s/ Judge LLOYD. Hearing rescheduled for 7/11/2024 at 11:00 AM at Courtroom #1, 5th Fl(7th St. Elevators), 601 West Broadway, Louisville, KY 40202(EASTERN TIME). cc: parties of record (KG)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 7/10/24

By: KG
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court