UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Insight Terminal Solutions, LLC | ) |
| | ) |
| | )   CASE NO.   19-32231 (11) |
| | ) |
| Debtor(s) | ) |

ORDER

The above Chapter 11 case came before the Court on July 11, 2024, in Louisville, Kentucky before the Honorable Joan A. Lloyd for a hearing regarding Motion to Vacate order Granting Motion for 2004 Examination filed by Interested Party Sierra Club (docs. #504 and 501 respectively) and Motion for a Rule 2004 Examination of the City of Oakland filed by Debtor, Insight Terminal Solutions (doc. #508).   The Court having considered statements of counsel, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the  Motion to Vacate order Granting Motion for 2004 Examination filed by Interested Party Sierra Club (docs. #504 and 501 respectively) and Motion for a Rule 2004 Examination of the City of Oakland filed by Debtor, Insight Terminal Solutions (doc. #508), be and hereby are, **SUBMITTED** for decision.

kg

Joan A. Lloyd
United States Bankruptcy Judge
Dated:  July 11, 2024