# Exhibit A

JAMES BALTZER
KATHERINE G. BASS
HAMILTON CANDEE
MAX CARTER-OBERSTONE
EVE H. CERVANTEZ
CONNIE K. CHAN
BARBARA J. CHISHOLM
JAMES M. FINBERG
EILEEN B. GOLDSMITH
CORINNE JOHNSON
SCOTT A. KRONLAND
JUHYUNG HAROLD LEE
DANIELLE E. LEONARD
STACEY M. LEYTON
AMANDA C. LYNCH
DERIN MCLEOD
MATTHEW J. MURRAY
BRONWEN B. O'HERIN
ZOE PALITZ
JONATHAN ROSENTHAL
MICHAEL RUBIN
CHRISTINE M. SALAZAR
TALIA STENDER
ROBIN S. THOLIN
EMANUEL A. WADDELL

ALTSHULER BERZON LLP
ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

FRED H. ALTSHULER
FOUNDING PARTNER
PARTNER EMERITUS

STEPHEN P. BERZON
FOUNDING PARTNER
PARTNER EMERITUS
SPECIAL COUNSEL

PETER D. NUSSBAUM
JEFFREY B. DEMAIN
DANIEL T. PURTELL
PARTNERS EMERITUS

ALINA PASTOR-CHERMAK
COLIN CLEMENTE JONES
FELLOWS

***By Electronic Mail***

September 3, 2024

Barry W. Lee
Manatt, Phelps & Phillips, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
bwlee@manatt.com

       Re: *In re Insight Terminal Solutions, LLC*, U.S. Bankruptcy Court, Western District of Kentucky, Case No. 19-32231

Dear Counsel:

  We received your letter of Friday, August 30, 2024, on behalf of your client Insight Terminal Solutions, LLC ("ITS"), requesting that the City of Oakland provide dates for a Rule 2004 Examination of the City, pursuant to the August 26, 2024 Order of the Western District of Kentucky Bankruptcy Court. As you are aware, on August 29, 2024, the City filed a Motion for a Reconsideration and Relief from that Order, which is inconsistent with governing law.

  In particular, the City has explained in its pending Motion for Reconsideration and Relief that the ITS Rule 2004 Motion incorrectly, and misleadingly, invoked 11 U.S.C. §549(a) as the justification for this Examination, when that statute has no applicability at all to transactions involving the City-owned Oakland Coliseum property. We trust that any response you may file to the City's Motion will *accurately* describe what is and is not Debtor property, and will not invite further error.

The City awaits instruction from that Court regarding that pending Motion, and will respond further once we have information regarding how the Court wishes to proceed.

Sincerely,

_____
Danielle Leonard

*Counsel for the City of Oakland*

cc: Counsel in the above-referenced proceeding (via e-mail)



**Barry W. Lee**
Manatt, Phelps & Phillips, LLP
Direct Dial: (415) 291-7450
E-mail: BWLee@manatt.com

September 4, 2024

**BY E-MAIL**

Danielle E. Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108

      Re: <u>In re Insight Terminal Solutions, LLC,</u> (Case No. 19-32231(1)(11))

Dear Counsel:

      Thank you for your September 3, 2024 letter response to my August 30, 2024 letter requesting in accordance with the Court's August 26, 2024 Order ("Order") granting the Motion by the Reorganized Debtor for Rule 2004 Examination of the City of Oakland ("City") that the City identify dates between September 30 and October 11, 2024 when the City will make available a witness to testify regarding the subjects identified in the Motion by the Reorganized Debtor for a Rule 2004 Examination of the City of Oakland. The City refuses to do so, noting instead the City's Motion for Reconsideration and Relief from Order Granting Rule 2004 Motion for Examination. The City's motion for reconsideration does not stay or otherwise impact the Court's Order.

      Your September 4, 2024 letter states "[t]he City awaits instruction from that Court." The City has received "instruction" from the Court; the Order requires the City to produce documents and make a witness available for deposition. We understand your September 4, 2024 letter to be a refusal by the City to comply with the Court's Order. We will proceed accordingly.

Very truly yours,

Barry W. Lee

cc:    All Counsel (via email)

One Embarcadero Center, 30th Floor, San Francisco, C       400  Fax: 415.291.7474
Albany | Chicago | Los Angeles | New York | Orange C       n Francisco | Washington,