UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INSIGHT TERMINAL ) | CHAPTER 11 |
| SOLUTIONS, LLC, ET AL. ) | (Jointly Administered) |
| ) | |
| Debtor. ) | CASE NO. 19-32231-JAL |
| ) | |

**ORDER GRANTING RELIEF FROM THE ORDER GRANTING MOTION FOR 2004 EXAMINATION OF SIERRA CLUB**

This matter came before the Court for a preliminary hearing upon the *Motion For Reconsideration And Relief From Memorandum-Opinion Order Denying Motion To Vacate Order Granting Motion For 2004 Examination Of Interested Party Sierra Club* (the "Motion") filed by Sierra Club ("Sierra Club"). Notice of the hearing on the Motion having been given, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED** subject to the terms set forth herein.

2. The Debtor may not examine Sierra Club or demand production of any documents from Sierra Club concerning or relating to Adversary Proceeding No. 24-03007.

3. The Debtor may not examine Sierra Club or demand production of any documents from Sierra Club concerning or relating to the City of Oakland's sale of the Coliseum, as described in the Motion.

4. The Debtor will serve a revised Rule 2004 Document Request on Sierra Club in accordance with the above limitations, and in accordance with the requirement that the Debtor identify with reasonable particularly the information and documents it seeks. Sierra Club may object to the requests and if necessary, seek a protective order form the Court.

**SO ORDERED.**

C‍HARITY S. B‍IRD
M‍ICHAEL P. A‍BATE
T‍YLER R. Y‍EAGER
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630