# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Insight Terminal Solutions, LLC. and Reorganized Debtor – Insight Terminal Solutions, L | Case No.:19–32231–jal |
| Debtor(s) | Chapter: 11 |

# NOTICE FOR OBJECTIONS

This matter comes before the Court regarding item(s) listed below:

*530* – Motion to Reconsider (related document(s)524 Memorandum and Order Denying 504Motion to Vacate 501 Order Granting Motion for 2004 Examination of the Sierra Club. Entered on 8/26/2024 (LH)) Filed by Interested Party Sierra Club. (Attachments: # 1 Proposed Order) (Yeager, Tyler)

and the Court being sufficiently advised,

IT IS HEREBY ORDERED that objections, if any, be filed with the Clerk of the U.S. Bankruptcy Court on or before October 1, 2024.

All objections shall by typewritten and in proper pleading form as required by the Federal Rules of Bankruptcy Procedure and you shall certify that you have mailed a copy of the objection to the Attorney for the debtor.

A copy of this notice shall be mailed to the debtor(s), counsel for the debtor(s), the U.S. Trustee and to all scheduled creditors and parties in interest.

Dated: 9/10/24

By: LH
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court