## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Insight Terminal Solutions, LLC. and Reorganized Debtor − Insight Terminal Solutions, L | Case No.:19−32231−jal |
| Debtor(s) | Chapter: 11 |

# NOTICE FOR OBJECTIONS

This matter comes before the Court regarding item(s) listed below:

**525 −** Motion to Reconsider (related document(s)523 Memorandum and Order Granting 508 Motion for a Rule 2004 Examination of the City of Oakland Entered on 8/26/2024 (LH)) Filed by Interested Party The City of Oakland, a California municipal corporation. (Attachments: # 1 Exhibit Transcript # 2 Proposed Order) (Wimberg, April)

and the Court being sufficiently advised,

IT IS HEREBY ORDERED that objections, if any, be filed with the Clerk of the U.S. Bankruptcy Court on or before September 30, 2024.

All objections shall by typewritten and in proper pleading form as required by the Federal Rules of Bankruptcy Procedure and you shall certify that you have mailed a copy of the objection to the Attorney for the debtor.

A copy of this notice shall be mailed to the debtor(s), counsel for the debtor(s), the U.S. Trustee and to all scheduled creditors and parties in interest.

Dated: 9/9/24

| | |
|---|---|
| By: LH<br>Deputy Clerk | FOR THE COURT<br>Elizabeth H. Parks<br>Clerk, U.S. Bankruptcy Court |

United States Bankruptcy Court
Western District of Kentucky

In re: Case No. 19-32231-jal
Insight Terminal Solutions, LLC. Chapter 11
Reorganized Debtor - Insight Terminal So
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0644-3  User: KYWBECFAd  Page 1 of 3
Date Rcvd: Sep 09, 2024  Form ID: 222  Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

## Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Insight Terminal Solutions, LLC., 205 South Martel Avenue, Los Angeles, CA 90036-2711 |
| cr | | Cecelia Financial Management, 9100 Dutchmans Lane, 9th Floor, Louisville, KY 40205-3279 |
| cr | | Halas Energy, LLC, 9100 Dutchmans Lane, Louisville, KY 40205-3279 |
| ascdb | + | Insight Terminal Holdings, LLC, 6100 Dutchmans Lane, 9th Floor, Louisville, KY 40205-3279 |
| cr | | Oasis Aviation LLC, 9100 Dutchmans Lane, 9th Floor, Louisville, KY 40205-3279 |
| intp | + | The City of Oakland, a California municipal corpor, c/o Jay M. Ross, Hopkins & Carley, ALC., 70 S. First Street, San Jose, CA 95113-2406 |
| intp | + | The City of Oakland, a California municipal corpor, c/o Monique D. Jewett-Brewster, Hopkins & Carley, ALC., 70 S. First Street, San Jose, CA 95113-2406 |
| 6537863 | + | Alameda (CA) County Clerk-Recorder, City of Oakland, 1106 Madison Street, Oakland, CA 94607-4901 |
| 6537864 | + | Autumn Wind Lending LLC, c/o Norton Rose Fulbright US LLP, Attn: Robert M. Hirsh, Esq., 1301 Avenue of the Americas, New York, NY 10019-6022 |
| 6959481 | + | Bay Bridge Exports, LLC, c/o Roger Jones, Bradley Arant Boult Cummings LLP, 1600 Division St, Ste 700, Nashville, TN 37203-2771 |
| 6771275 | + | Cecelia Financial Management, LLC, John Siegel, Manager, 6100 Dutchmans Lane, 9th Floor, Louisville, KY 40205-3279 |
| 6727144 | + | Ceclia Financial Management, LLC, c/o John Siegel, Manager, 6100 Dutchmans Lane, 9th Floor, Louisville, KY 40205-3279 |
| 6537866 | + | Halas Energy LLC, 6100 Dutchamsn Lane, 9th Floor, Louisville, KY 40205-3279 |
| 6537867 | + | Hanson Bridgett, 425 Market Street, 26th Floor, San Francisco, CA 94105-5401 |
| 6537869 | + | Manatt LLP, 11355 West Olympic Blvd., Los Angeles, CA 90064-1656 |
| 6772074 | + | Middleton Reutlinger, 401 S. 4th Street, Suite 2600, Louisville, KY 40202-4408 |
| 6537870 | + | Millcreek Engineering Co., ATTN: Accounting, 1011 East Murray Holladay Rd., Suite 200, Salt Lake City, UT 84117-5052 |
| 6537871 | | Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178-0060 |
| 6737834 | + | Oakland Bulk & Oversized Terminal, c/o Phil Tagami, Manager, 2300 Contra Costa Boulevard, Suite 375, Pleasant Hill, CA 94523-3976 |
| 6537872 | + | Oasis Aviation LLC, 6100 Dutchmans Lane, 9th Floor, Louisville, KY 40205-3279 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 6542501 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 09 2024 18:51:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 6537873 | | Email/Text: omar@orbadvisorygroup.com | Sep 09 2024 18:51:00 | ORB Advisory Group, LLC, 484 Lake Park Ave, Oakland, CA 94610 |
| 6537874 | + | Email/Text: pat.raffaniello@lobbydc.com | Sep 09 2024 18:51:00 | Raffaniell & Associates LLC, 800 Maine Avenue, S.W. Suite 700, Washington, DC 20024-2805 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason   Name and Address**

| | | |
|---|---|---|
| intp | | John J. Siegel, Jr. |
| consult | | Millcreek Engineering Company |
| consult | | The McConnell Group, Inc. |
| consult | | Zennie62.com |
| cr | *+ | Bay Bridge Exports, LLC, c/o Roger Jones, Bradley Arant Boult Cummings, LLP, 1600 Division St., Ste. 700, Nashville, TN 37203-2771 |
| cr | *+ | Oakland Bulk & Oversized Terminal, LLC, c/o Phil Tagami, Manager, 2300 Contra Costa Boulevard, Suite 375, Pleasant Hill, CA 94523-3976 |
| 6760665 | *+ | Autumn Wind Lending, LLC, c/o Norton Rose Fulbright US LLP, Attn: Robert M. Hirsh, Esq., 1301 Avenue of the Americas, New York, NY 10019-6022 |
| 6537868 | *+ | Insight Terminal Holdings, LLC, 6100 Dutchmans Lane, 9th Floor, Louisville, KY 40205-3279 |
| 6537865 | ##+ | California Capital & Investment Group, c/o Skyler Sanders, General Counsel, 300 Frank H. Ogawa Plaza, Suite 340, Oakland, CA 94612-2046 |

TOTAL: 4 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:

**Name**     **Email Address**

Aaron Johnson
    on behalf of Creditor Bay Bridge Exports  LLC amjohnson@bradley.com

Andrew David Stosberg
    on behalf of Associated Debtor Insight Terminal Holdings  LLC astosberg@grayice.com, jkelly@grayice.com

April A. Wimberg
    on behalf of Defendant City of Oakland april.wimberg@dentons.com tiffany.babcock@dentons.com;david.boydstun@dentons.com

Barry W. Lee
    on behalf of Plaintiff Insight Terminal Solutions  LLC. bwlee@manatt.com

Bryan Sisto
    on behalf of Creditor Autumn Wind Lending  LLC bsisto@fbtlaw.com, bsisto@ecf.inforuptcy.com

Charity S Bird
    on behalf of Interested Party Sierra Club cbird@kaplanjohnsonlaw.com hfrint@kaplanjohnsonlaw.com;apatenaude@ecf.courtdrive.com;charity-bird-9970@ecf.pacerpro.com;charity-bird-9970@ecf.pacerpro.com;r44709@notify.bestcase.com;r44709@notify.bestcase.com;tyeager@kaplanjohnsonlaw.com;gdennery&

Danielle Leonard
    on behalf of Defendant City of Oakland dleonard@altshulerberzon.com  glingiardi@altshulerberzon.com

David M. Cantor
    on behalf of Attorney David M. Cantor cantor@derbycitylaw.com  haddad@derbycitylaw.com;benich@derbycitylaw.com

Edward M King
    on behalf of Creditor Autumn Wind Lending  LLC tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com

Edward M. King
    on behalf of Creditor Autumn Wind Lending  LLC tking@fbtlaw.com, tking@ecf.inforuptcy.com

Elizabeth Lee Thompson
    on behalf of Creditor Oakland Bulk & Oversized Terminal  LLC ethompsonbk@stites.com, docketclerk@stites.com

| | | |
|---|---|---|
| District/off: 0644-3 | User: KYWBECFAd | Page 3 of 3 |
| Date Rcvd: Sep 09, 2024 | Form ID: 222 | Total Noticed: 23 |

Heidi J. McIntosh
    on behalf of Interested Party Sierra Club hmcintosh@earthjustice.org egreer@earthjustice.org

Jamilah A Jefferson
    on behalf of Defendant City of Oakland jjefferson@oaklandcityattorney.org

John R. Stonitsch
    on behalf of Associated Debtor Insight Terminal Holdings  LLC ustpregion08.lo.ecf@usdoj.gov, john.r.stonitsch@usdoj.gov

Marie Logan
    on behalf of Interested Party Sierra Club mlogan@earthjustice.org

Michael A. Kaplan
    on behalf of Plaintiff Insight Terminal Solutions  LLC mkaplan@lowenstein.com

Monique D. Jewett-Brewster
    on behalf of Defendant City of Oakland mjb@hopkinscarley.com ngonzalez@hopkinscarley.com

Robert M. Hirsh
    on behalf of Creditor Autumn Wind Lending  LLC robert.hirsh@nortonrosefulbright.com, pkhezri@lowenstein.com

Roger G. Jones
    on behalf of Creditor Bay Bridge Exports  LLC rjones@bradley.com

Ronald E. Gold
    on behalf of Creditor Autumn Wind Lending  LLC rgold@fbtlaw.com

Ryne Erik Tipton
    on behalf of Defendant City of Oakland ryne.tipton@dentons.com

Tim Ruppel
    on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com

U.S. Trustee
    ustpregion08.lo.ecf@usdoj.gov

William P. Harbison
    on behalf of Attorney William P. Harbison harbison@derbycitylaw.com benich@derbycitylaw.com

TOTAL: 24