UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: )
)
Insight Terminal Solutions, LLC ) CASE NO. 19-32231 (1)(11)
)
)
Debtor(s) )

ORDER

The above Chapter 11 case came before the Court on January 28, 2025, regarding the Defendant, City of Oakland's Motion to Reconsider and Relief from Order Granting Rule 2004 Motion for Examination for City of Oakland, or in the alternative, to Stay that Order (doc. #525) and Motion for Reconsideration and Relief from Memorandum-Opinion Order Denying Motion to Vacate Order Granting Motion for 2004 Examination of Interested Party, Sierra Club (doc. #530). The Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Defendant, City of Oakland's Motion to Reconsider and Relief from Order Granting Rule 2004 Motion for Examination for City of Oakland, or in the alternative, to Stay that Order (doc. #525) be, and hereby, is **DENIED**.

IT IS HEREBY ORDERED that the Motion for Reconsideration and Relief from Memorandum-Opinion Order Denying Motion to Vacate Order Granting Motion for 2004 Examination of Interested Party, Sierra Club (doc. #530) shall be permitted **ten (10) days from the date of this order to file a reply brief.**

Kg

Joan A. Lloyd
United States Bankruptcy Judge
Dated: January 29, 2025