UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re: <br><br> INSIGHT TERMINAL SOLUTIONS, LLC *et al*. <br><br> Debtors | Chapter 11 <br><br> Case No. 19-32231 <br><br> (Jointly Administered) <br><br> Judge Joan A. Lloyd |

**ORDER GRANTING MOTION COMPEL CITY OF OAKLAND TO COMPLY WITH THE COURT'S ORDER GRANTING RULE 2004 MOTION**

This matter having come before the Court on the Motion to Compel City of Oakland to Comply with the Court's Order Granting Rule 2004 Motion (the "Motion to Compel") filed by Insight Terminal Solutions, LLC ("ITS"), and the Court having reviewed and considered the Motion Compel and being otherwise sufficiently advised,

IT IS HEREBY ORDERED THAT:

1. The Motion to Compel is GRANTED.

2. The City of Oakland is compelled to comply with this Court's Memorandum-Opinion and Order [Bankr. Doc. 523] and to provide ITS with documents responsive to its discovery request set forth in the Motion for a Rule 2004 Examination of the City [Bank. Doc. 508] on or before March 14, 2025.

Prepared and submitted by:

*/s/ Andrew D. Stosberg*
Andrew D. Stosberg
GRAY ICE HIGDON, PLLC
3939 Shelbyville Road, Suite 201
Louisville, KY 40207
Telephone: (502) 625-2734
astosberg@grayice.com
COUNSEL FOR INSIGHT TERMINAL SOLUTIONS, LLC