UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| INSIGHT TERMINAL SOLUTIONS, LLC *et al.* | Case No. 19-32231 |
| Debtors | (Jointly Administered) |
| | Judge Joan A. Lloyd |

## ORDER GRANTING MOTION FOR EXPEDITED HEARING ON MOTION TO COMPEL CITY OF OAKLAND TO COMPLY WITH THE COURT'S ORDER GRANTING RULE 2004 MOTION

This matter having come before the Court on the Motion for Expedited Hearing on the Motion to Compel City of Oakland to Comply with the Court's Order Granting Rule 2004 Motion (the "Motion for Expedited Hearing") filed by Insight Terminal Solutions, LLC ("ITS"), and the Court having reviewed and considered the Motion for Expedited Hearing and being otherwise sufficiently advised,

IT IS HEREBY ORDERED THAT:

1. The Motion for Expedited Hearing is GRANTED.

2. An expedited hearing on the Motion to Compel City of Oakland to Comply with the Court's Order Granting Rule 2004 Motion (the "Motion to Compel") that was filed with the Court on March 5, 205 is scheduled for a hearing before the Court on **Tuesday, March 11, 2025 at 11:00 a.m. Eastern Time**.

Prior to the hearing, counsel for ITS shall file a certificate of service indicating that a copy of the Motion to Compel and this Order have been served on the City of Oakland's counsel of record in this proceeding.

Prepared and submitted by:

*/s/ Andrew D. Stosberg*
Andrew D. Stosberg
GRAY ICE HIGDON, PLLC
3939 Shelbyville Road, Suite 201
Louisville, KY 40207
Telephone: (502) 625-2734
astosberg@grayice.com
COUNSEL FOR INSIGHT TERMINAL SOLUTIONS, LLC