UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| INSIGHT TERMINAL SOLUTIONS, LLC et al. | ) ) ) | CASE NO. 19-32231 |
| Debtors. | ) ) ) ) ) | (Jointly Administered) Honorable Judge Joan A. Lloyd |

**DEFENDANT CITY OF OAKLAND'S RESPONSE TO ITS' MOTION FOR EXPEDITED HEARING ON MOTION TO COMPEL CITY OF OAKLAND TO COMPLY WITH THE COURT'S ORDER GRANTING RULE 2004 MOTION AND REQUEST FOR RECONSIDERATION**

The City of Oakland ("Defendant" or "the City"), respectfully provides this response to Insight Terminal Solutions, LLC ("ITS") *Motion for Expedited Hearing on Motion to Compel City of Oakland to Comply With the Court's Order Granting Rule 2004 Motion* (the "Motion") [Dkt. 561]. The Motion was filed at 4pm ET on March 7, and the Court entered an Order at 8am ET on March 8 [Dkt. 562] without considering a response from the City. In support of this Response, the City provides as follows:

**ARGUMENT**

1. The City has engaged in correspondence with ITS explaining why no documents were responsive. Specifically, the City noted to counsel, "The City has conducted a diligent investigation into your section 549 allegations, including a reasonable review of its documents to determine whether there is any possible relationship between documents involving the Debtor, its estate and the Coliseum deal. There are no responsive documents, within the limits the Court imposed on this request."

24620792.v1

2.  On March 6, the City further invited ITS to provide a scope of search or parameters that the City could investigate if it believed that documents were responsive to locating post-petition transfers of the Debtor. Specifically, the City stated, "If you believe that the City is not correct, and there is some category of responsive documents that involve both the Coliseum and the West Gateway terminal or the ITS Sublease (which for these purposes, the City will assume is Debtor 'property' notwithstanding our legal dispute as to the validity of that document), please do let us know."

3.  ITS did not respond to the City's email yesterday. Instead, the City filed its Motion to Compel. The City believes it is entitled to some time to prepare and show this Court that it has complied with her Orders. The City is unable to fly across the country in five days in order to make it in person on March 11, 2025. Moreover, the City will already has planned to be in person in front of this Court on March 27. However, if this Court is unwilling to provide more time, they would respectfully request the opportunity to appear telephonically so it may adequately represent itself.

4.  The City will file a separate response to address the Motion to Compel as quickly as possible and in compliance with this Court's Orders.

## CONCLUSION

WHEREFORE, the City respectfully requests that the Bankruptcy Court vacate its Order and provide appropriate briefing time and an opportunity for the City to make its arguments in person on March 27, 2025 when the City will already be in person in front of this Court.

24620792.v1

| | |
|---|---|
| Dated: March 7, 2025 | By: /s/ *April A. Wimberg* |
| | April A. Wimberg |
| | DENTONS BINGHAM GREENBAUM LLP |
| | 3500 PNC Tower, 101 South Fifth Street |
| | Louisville, Kentucky 40202 |
| | Telephone: (502) 587-3719 |
| | Email: april.wimberg@dentons.com |
| | |
| | Maria S. Bee, Chief Asst City Attorney (SBN 167716) |
| | Ryan Richardson, City Attorney (SBN 223548) |
| | Kevin McLaughlin, Supervising Deputy City Attorney (SBN 251477) |
| | THE CITY OF OAKLAND |
| | One Frank Ogawa Plaza, 6th Floor |
| | Oakland, California 94612 |
| | Telephone: (510) 238-3601 |
| | Email:  mbee@oaklandcityattorney.org |
| | rrichardson@oaklandcityattorney.org |
| | kmclaughlin@oaklandcityattorney.org |
| | Monique D. Jewett-Brewster (SBN 217792) |
| | HOPKINS & CARLEY, ALC |
| | The Letitia Building |
| | 70 S First Street |
| | San Jose, CA  95113-2406 |
| | Telephone: (408) 286-9800 |
| | Email:  mjb@hopkinscarley.com |
| | |
| | Danielle Leonard (SBN 218201) |
| | ALTSHULER BERZON LLP |
| | 177 Post Street, Suite 300 |
| | San Francisco, CA 94108 |
| | Telephone: (415) 421-7151 |
| | Email:  dleonard@altshulerberzon.com |
| | |
| | *Attorneys for Defendant,* |
| | *City of Oakland* |

## **CERTIFICATE OF SERVICE**

The foregoing was served on March 7, 2025 via the Court's CM/ECF System.

/s/ *April A. Wimberg*
April A. Wimberg
*Counsel for Defendant, City of Oakland*

24620792.v1